Clerk of the U.S.
Prisons

08CV2140
JUDGE KENNELLY
MAG. JUDGE MASON

FILED
APR 1 5 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Bobby Lee Harrison
aw-2004 0072892
Div. 10 2G
P.O. Box 089002
Chicago Illinois

April 9, 2008
APR 1 5 2008

Dear Clerk, I mail a complaint to the U.S. District Court around March 24, 2008 pretaining to the Cook County Law libraries. On April 8, 2008 the package was returned back to me. I mailed 3 seprerate packages to the Court with around the same amount of materfals, around the same amount of postage and they was mailed at the same time. However, only to returned back to me, May be the Court have the other package, I don't no. Anyway, the postage office returned the mails lack of postages. The 2 legal mails returned to me stated: on the lable postage Due, Affix postage and remail. The postage office also stated stemp another lable on it stated LEGAL MAIL OPEN IN PRESENCE OF INMATE. I also witten Legal mail on the enverlopes my self Dispite all of that one of the Legal mail was opened anyway out of my presence, and tape was used to tape the enverlope back together. The Legal mail was tore straight up the side appoximately 7 inches, and appoximately 2 and a half inches in an angle. This is my third (3) attempted to mail this complaint against the Law Libraries to the District Court two occasions it was returned back to me and the other occasion I didn't have the postage to mail it. Any way, the First time I attempted to mailed it to the Court around September 24, 2007, It returned back to me then. Postage office stated over weights, that anything over 13 ounces must be carry to postage office or taken by the customer to a retail service, due to heightened security requirement. That mail was returned back to me around October 10, 2007 and it was also open out of my presence. It been an on going abuses the County opening my

2

Legal Mail. Someone is intercepted my mails before it reached me. I done filed numberous grievances on this issue. Dispite that the County is still opening my mails. On one incident the officer admitted to opening my Legal mail out of my presence. The Sargent said it wouldn't happen any more, but it still going on. So, Don't be Suprize if you see a Lawsuit on the County for opening my Legal, because I am feed up with this illegal Act.

I mail the Motion for Appointment of Counsel on March 25, 2008 in a Seperate mail, so the Court should have received it. I am asked the court not to dismissed the motion, because I am going to remail the package back to the Court as soon as I got back to the Law library. Because ONE package didn't return, so I got to get more photo copies and mail it back. I am scheduled to go to the Cook County Law library on April 14, 2008. Clerk, I'm sorry about the delay. If you kindly send me a copy of my letter back for my records I will be gradefully appreciate.

Thank you for your time and for considering this matter. I look forward in hearing from you soon. If you will please write me back to let me know that you receive the motion for appointment of counsel, and did you receive the missed package that didn't return back to me. I have 3 section on the inside of the enverlope each section have 29 pages.

May God bless you

Respectfully Submitted
Mr Bobby Lee Harrison