IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT COURT (A)

Name Of first plaintiff in the Case, et al.,
Bobby Lee Harrison, ID#.20040072892
OF
-V-

County OF COOK, a municipal Corporation
Name Of first defendant declaration]
Defendants.

**FILED**

APR 23 2008 aew
Apr 23. 2008

~~MICHAEL W. DOBBINS~~
~~CLERK, U.S. DISTRICT COURT~~

DECLARATION Pretaining to
~~Inadequate Lawlibraries & Assistance~~
Name of person Making

Bobby Lee Harrison

Judge Name KENNELLY

Civil Action#. 08CV2140
08cv2140

Attorney Name _____

es or other person making the Statement. please print name & add

Name Dewitt Brown — ID 20070023000   Name _____ ID _____
Name Timothy Scott — ID 20070073651   Name _____ ID _____
Name Cordell Brown ID 20020052301   Name _____ ID _____

I am the Plaintiff BOBBY LEE HARRISON and the witnesses will testify to the foregoing : (That)
The Cook County Lawlibraries have fallen below the acceptable Standard. The
div.1 Lawlibrary regulation permits around 20 detainees presection. Each
libraries Visit is limited to a maximun of 3 hours a day. I am pro se, in my
Criminal and Civil Cases, I have a Court order for 2 days a week, and I am
still limited to a maximun of 3 hours. If I am lucky, I may get access to
the Jail Lawlibrary for a round 3 hours a week. When it rains it leaks in div.1
Lawlibrary. In the winter times it's usually Cold, due to the inadequate venti-
lation and heating Systems. There's only 2 type writer, and one of them does
not works proper, one Computer and it stayed broken down a lot. Matter of
fact, it broken down right now, and been broken for around a month.
There's is no Check-out System, or mobile Carts. The paralegals is unpro-
fessional, lack of training and over worked, who are incapable of super-
vising the Lawlibraries. I've filed grievance, appeals, and written letters
to difference organizations, Agencies outlyning the misconduct and the deprivation.
I have exhausted all available administrative remedies regarding this issue, and
I found no relief. I have no other option, but to turn to the Courts for help. The
problem is not simply and a matter of insolated incidents of alleged negli-
gence or difference of opinion. It is a matter of fact Such a large scale of
pattern failure as to evidence deliberate idifference to a serious legal needs
access to the Courts. (Your Honor Judge, if the County filed a motion to dismiss
my mation, please, dismiss the County motion instead on the ground of the evidence).
I Bobby Lee Harrison, and witnesses do declare under penalty of perjury that ~~the~~ the forgoing
is true and Correct to the best of our abilities Date 2 11 07 State of Illinois un City of Chicago
Cordell Brown Dewitt Brown Timothy Scott

(Bounds V. Smith, Supp. 430 u.s. at 822, 824, 975, C7. at 1496) plaintiff Bobby Lee Harrison
also see generally annot. 23 A.L.R. Fed. 1, 28 (1975)

IN THE UNITED STATES DISTRICT COURT FOR THE NORTHER DISTRICT COURT

Name of first plaintiff in the case, et al.,
Bobby Lee Harrison. ID #. 20040072892
OF
      -V-

County OF Cook, a municipal Corporation
Name Of First defendant declaration]
          Defendants.

DECLARATION Pretaining to
Inadequate Law libraries & assistance
Name of person making

Bobby Lee Harrison

Judge Name KENNELLY

Civil Action #. 08CV2140

Attorney Name _____

full name or detainees or other person making the statement. please print name & add____

Name Dewitton Brown _ ID 20070023080 ____ Name _____ ID _____
Name Timothy Scott __ ID 20070073651 Name _____ ID _____
Name Cordell Brown ID 20020052301 Name _____ ID _____

I am the Plaintiff BOBBY LEE HARRISON _ and the witnesses will testify to the foregoing: (That)
The Cook County Law libraries have fallen below the acceptable standard. The
divil Law library regulation permits around 20 detainees presection. Each
libraries visit is limited to a maximun of 3 hours a day. I am Pro se, in my
Criminal and Civil Cases. I have a Court order for 2 days a week, and I am
still limited to a maximun of 3 hours. If I am lucky, I may get access to
the jail Law library for a round 3 hours a week. When it rains it leaks in divi 1.
Law library. In the winter times it's usually Cold, due to the inadequate venti-
lation and heating systems. There's only 2 type writer, and one of them does
not works proper. One Computer and it stayed broken down a lot. Matter of
fact, it broken down right now, and been broken for around a month.
There's is no Check-out system, or mobile Carts. The paralegals is unpro-
fessional, lack of training and over worked, who are un capable of Super-
vising the Law libraries. I've filed grievance, appeals, and written letters
to difference organizations, Agencies outlyning the misconduct and the deprivation.
I have exhausted all available administrative remedies regarding this issue, and
I found no relief. I have no other option, but to turn to the Courts for help. The
Problem is not simply and a matter of insolated incidents of alleged negli-
gence or difference of opinion. It is a matter of fact such a large scale of
pattern failure as to evidence deliberate idifference to a serious legal needs
access to the Courts. (your Honor Judge, if the County filed a motion to dismiss
my motion, please, dismiss the County motion instead on the ground of the evidence).
I Bobby Lee Harrison, and witnesses do declare under penalty of perjury that the forgoing
is true and correct to the best of our abilities Date 2 _ 4 _ 07 State of Illinois in City of Chicago
Cordell Brown Dewitt Brown Timothy Scott

(Bounds V. Smith, Supr, 430 U.S. at 822, 824, 975.Ct.at 1496)   Plaintiff Bobby Lee Harrison
also see generally Annot, 23 A.L.R. Fed, 1.28(1975)

IN THE UNITED STATES DISTRICT COURT FOR THE NORTHER DISTRICT COURT

                                       X

Name Of first plaintiff in the Case, et al.,

Bobby Lee Harrison. ID#.20040072892

      OF      -V-

County OF COOK, a municipal Corporation
Name Of First defendant declaration]
           Defendants.

DECLARATION Pretaining to
~~Inadequate Lawlibraries &Assistance~~
Name Of person Making

Bobby Lee Harrison

Judog Name _KENNELLY_

Civil Action#. _08CV2140_

Attorney Name _____

                               X

full name Or detainees ar other person making the Statement. please print name ᗡ dd

Name _Deristter Brown_ ID _20070023080_    Name _____ ID _____

Name _Timothy Scott_ ID _20070073651_    Name _____ ID _____

Name _Cordell Brown_ ID _20070052301_    Name _____ ID _____

I am the Plaintiff BOBBY LEE HARRISON _ and the witnesses will testify to the foregoing : (That) The Cook County Lawlibraries have fallen below the acceptable Standard. The divil Lawlibrary regulation permits around 20 detainees presection. Each libraries visit is limited to a maximun of 3 hours aday. I am Pro se, in my Criminal and Civil Cases. I have a Court Order for 2 days a week, and I am still limited to a maximun of 3 hours. If I am lucky, I may get access to the Jail Lawlibrary for a round 3 hours a week. When it rains it leaks in divil Lawlibrary. In the winter times it's usually Cold, due to the inadequate Ventilation and heating Systems. There's only 2 typewriter, and one of them does not works proper. one Computer and it stayed broken down a lot. Matter of fact, it broken down right now, and been broken for around a month. There's is no Check-out system, or mobile Carts. The Paralegals is unprofessional, lack of training and over worked, who are un Capable of Supervising the Lawlibraries. I've filed grievance, appeals, and written letters to difference organizations, Agencies outlyning the misconduct and the deprivation. I have exhausted all available administrative remedies regarding this issue, and I found no relief. I have no other option, but to turn to the Courts for help. The problem is not simply and a matter of insolated incidents of alleged negligence or difference of opinion. It is a matter of fact Such a large Scale of pattern failure as to evidence deliberate idifference to a serious legal needs access to the Courts. (your Honor Judge, if the County filed a motion to dismiss my motion, please, dismiss the County motion instead on the ground of the evidence). I Bobby Lee Harrison, and witnesses de deflare under Penalty of Parjury that the foregoing is true and Correct to the best of our abilities Date _2_ _11_ _07 State_ of Illinois un City of Chicago

_Cordell Brown_ _Deristter Brown_ _Timothy Scott_

(Bounds V. Smith, Supr, 430 u.s. at 822, 824, 975, (7, at 1496) plaintiff. _Bobby Lee Harrison_
also see generally annot. 23 A.L.R. Fed. 1, 28(1975)

February 5, 2007


Division I
Detainee Bobby L. Harrison
ID#20040072892


Dear Mr. Harrison:

Mrs. Carroll is in receipt of your complaint pertaining to your grievance. Please see the Division I Law Librarian with regard to your grievances, and the photo copy procedure.


Respectfully submitted,

V. Alexander
Assistant Administrator

Ms. Koshanda Carroll, Program Services

Cook County Department of Corrections

2700. S. California Avenue

Chicago, Il 60608.

Bobby L. Harrison

I.D. 20040072842.

Div. 1. 2G.

P.O. Box 089002.

Chicago, Il 60608.

12-21-06

Dear Ms. Carroll, I hope you are well. I am sorry to imposed, but
. i need your help Concerning Some issues that I am having here
in the Cook County Jail. I am prose and I am representing myself in
the Criminals and Civil. The problem is I am not able to get greviances
copyed in the law-library. The law-library clerk stated that she can not make
copies of greviances for the detainees, and that is the social worker job.
Last week I got my social worker to make me some copies of greviances.
Today 12-21-06 I asked her again to make me some more copies for Court.
She stated that her machine is still broken from last week making copies
Ms. Carroll, how can I preform an proper defense when I am being
denied of copying important documents. Ms. Carroll, if you could
Please help me it would be well appreciated, and please return me a
Copy of my letter for my records.

XMas & a happy New Year

Your truly for always

Bobby Lee.

X
1-14-08

Dear Mr. Warren, this letter is concerning the law-library.
2 weeks ago you stated to Mr. Hill and I that we would be able
to get Grievances Copies Starting last Monday. Last Thursday
1-11-06 Ms. Richerson, the law library Clerk denied Copy of
Grievances. She stated that she did not Know anything, and her
Supervisor has not told her anything about making Copies for the Detainees.
Mr. Warren, I guess that fall on you.
You stated also that you was going to send me a Copy of my
letter I wrote Ms. Carroll, but no response. I will appreceate
if you will respone to these issues. I would like a Copy of this
letter back for my records.

Thank you Bobby Lee Harrison

Response:

1-14-06

Dear Mr. Warren, this letter is concerning the law-library.
2 weeks ago you stated to Mr. Hill and I that we would be able
to get Grievance Copies Starting last Monday. Last Thursday
1-11-06 Ms. Richerson, the law library Clerk denied Copy of
Grievancers. She Stated that she did not Know anything, and her
Supervisor has Not told her anything about making Copies for the Detainees.
Mr. Warren, I guess that fall on you.
You Stated also that you was going to send me a Copy of my
letter I wrote Ms. Carroll, but no response. I will appreceate
if you will respone to these issues. I would like a Copy of this
letter back for my records.

            Thank You Bobby Lee Harrison

      Response:

Bobby LEE Harrison, 20094607 2892.
2 G.

To; Supervior Social worker
Mr. WarreN.

Control # 2007X2163

Harrison, Bobby   2004-0072892

The Supervisors met with Ms. Lake and the accusation stated in the grievance was not founded. Ms. Lake as well as all law librarians must verify court date   in order to make accurate schedules. Ms. Lake stated at no time did she contact Judge Simmons or his staff about detainee Harrison's case. All documents must be reviewed before making copies.

**DETAINEE COPY**

October 30, 2007

Mr. Bobby L. Harrison
2004.0072892
Division I

Dear Mr. Harrison,

I am in receipt of your letter to my attention dated October 17, 2007 regarding Ms. Maretta Lake, Law Librarian Division VIII.  I also found that you have filed a grievance with respect to the same issue therefore I have attached your letter to the grievance under control #2007X2163 for processing through the grievance procedure.

R. Carroll
Program Services Department

C:      File

STATE OF ILLINOIS

) SS

COUNTY OF _Cook_____ )

### AFFIDAVIT

I, _Bobby Lee Harrison_ being first duly sworn under oath depose and state that the foregoing is true and correct and made upon my personal knowledge and I am competent to testify thereto.

I was Called to the Cook County, law library today May 11, 2007. I made Copies of the legal Materials. I requesting postages from the Clerk and made aware that the library didn't have any postages I am indigent and have no other way mailing this Materials. I will mail this materials as soon as i get postages. I will forward this Materials to the Supreme Court of Illinois

_Bobby Harrison_
AFFIANT

SUBSCRIBED AND SWORN TO BEFORE ME
THIS _11th_ DAY _May_____, 20_05_

_Carmella K Richardson_
NOTARY PUBLIC

OFFICIAL SEAL
CARMELLA K RICHARDSON
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:04/21/10

Part-A / Control #: _REQUEST_

Referred To: _Law Library_

☑ Processed as a request.

---

# COOK COUNTY DEPARTMENT OF CORRECTIONS
## DETAINEE GRIEVANCE

Detainee Last Name: __Harrison__          First Name: __Bobby__

ID #: __2004 - 0072891__   Div.: __10__   Living Unit: __2C__   Date: __11 / 15 / 67__

BRIEF SUMMARY OF THE COMPLAINT: Is pertaining to the Computer in the Law libraries. I been back in Div 10 for around two weeks. I noticed that the Compute were Down The librarian Ms. Sarkey, Said the Law libraries in the Cook County Jail is experiencing Problems With it's Caputer Systems. I also Noticed the Computer were down in div. 1. The librarian Mrs. Richardson, Said it's has been down for around a month. However, it's very difficult to do researchs in the Law library without a Computer to in the litigating, because the books in the Law libraries is not always up to the Standard in aids the detainees in Case Study or research in certian issues. Therefore, Sometime the detainees is left to contact Other free Agencies outside of the Jail for Assistances in litigating. Can anyone tell us When the Computers Suppose to be up aglon

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: Brian Buchanan 20060004242

ACTION THAT YOU ARE REQUESTING:

_____

DETAINEE SIGNATURE: __Bobby Harrison__

C.R.W.'S SIGNATURE: ___√ Butler___          DATE C.R.W. RECEIVED: __11 / 20 / 67__

---

**Please note:** Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form. All appeals must be made in writing and directly submitted to the Superintendent.

(WHITE COPY – PROG. SERV.)   (YELLOW COPY – C.R.W.)   (PINK COPY – DETAINEE)   (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

Part – B / Control #: 2008 3163

## C.C.D.O.C. DETAINEE GRIEVANCE / REFERRAL & RESPONSE

*EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFTEY OF A DETAINEE*

Detainee's Last Name: _Harrison_    First Name: _Bobby_    ID#: _2104-0012899_

Is This Grievance An **Emergency**?    YES ☐    NO ☑

C.R.W.'S Summary Of The Complaint: _Detinnee alleges interferences_
_by Ms Lake in his court case_

C.R.W. Referred Griev. To: _Law Librarian Div VIII_ Date Referred: _10/24/07_

Response Statement: _____
_See Attach._
_____

_L. Houston Seger._ _____ . Date: _11/05/07_ Div./Dept. _8, Landks_
(print - name of individual responding to this griev.)   (signature of individual responding to this griev.)

_Dennis Andrews_ - _Smith_ Date: _11/7/2007_ Div./Dept. _10_
(print - name of Supt. / Designee / Dept. Admin.)   (signature of Supt. / Designee / Dept. Admin.)

_V. Alexander_ - _V. Alexander_ Date: _11/15/07_
(print - name of Prog. Serv. Admin./ Asst. Admin.)   (signature of Prog. Serv. Admin./ Asst. Admin.)

Date Detainee Received Response: _11/6/07_ Detainee Signature: _Bobby Harrison_

## REQUEST FOR AN APPEAL

*APPEALS MUST BE MADE WITHIN 14 DAYS OF THE DATE THE DETAINEE RECEIVED THE RESPONSE*

Date Detainee Request For An Appeal: _11/6/07_

Detainee's Basis For An Appeal: _I need Ms Lake put on restriction_
_for her actions & I will be taking her to court_
_____

Appeal Board's Acceptance Of Detainee's Request:    YES ☐    NO ☑

Appeal Board's Reasoning / Decision / Recommendation To The Superintendent Or Administrator:
_Attached response to staff_
_____

Appeal Board's Signatures / Dates: _12/4/7_ _R M 12-4-7_ _____

Date Detainee Rec.'d the Appl. Bd.'s Response: _12/7/07_ Detainee Signature: _Bobby Harrison_

GRIEVANCE CODE(S): (_____) (_____) (_____) (_____)

(WHITE COPY – PROG. SERV.)    (YELLOW COPY – C.R.W.)    (PINK COPY – DETAINEE)    (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

PART – C

## C.C.D.O.C. DETAINEE GRIEVANCE FORM  PROCESSED AS A REQUEST

*Please Note :*

- *If the detainee is not satisfied with the response and/or attempt at resolving this issue, the detainee may resubmit the concern and it will be processed as a grievance.*
- *When processed as a request, an appeal of the response and/or action taken cannot be made.*
- *When processed as a request, PART-B is not applicable.*

**Detainee's Last Name:** *Harrison*          **First Name:** *Bobby*

**ID#:** *2004-0072292*    **Div:** *10*  **Tier/LivingUnit:** *2C*

**Date of Request:** *11/15/07*        **Date C.R.W. Received Request:** *11/20/07*

**This request has been processed by:** *V. B*          **C.R.W.**

**Summary of Request:**

Detainee is requesting assistance regarding Computer usage.

**Response and/or Action Taken:**

The (New) libraries are in the process of changing over to a New legal research system

_____  _____  **Date:** *11/20/07*/ **Div./Dept.** *10/law.lib.*
(Print- name of individual responding)     (Signature of individual responding)

PART – C

## C.C.D.O.C. DETAINEE GRIEVANCE FORM  PROCESSED AS A REQUEST

*Please Note :*

- *If the detainee is not satisfied with the response and/or attempt at resolving this issue, the detainee may resubmit the concern and it will be processed as a grievance.*
- *When processed as a request, an appeal of the response and/or action taken cannot be made.*
- *When processed as a request, PART-B is not applicable.*

Detainee's Last Name: __Harrison__          First Name: __Bobby__

ID#: __2004-0072892__  Div: __10__  Tier/LivingUnit: __2C__

Date of Request: __12/4/07__          Date C.R.W. Received Request: __12/19/07__

This request has been processed by: __V. Butler__          C.R.W.

**Summary of Request:**

Detainee is requesting additional copies and to be
rescheduled in the event that he is scheduled for the
Court and the Dispensary.

**Response and/or Action Taken:**

Detainee Harrison has been called according to
his court order, the one-to-one 12/26/07 2 sessions,
12/21/07 1 session and ~~~~ 12/31/07 3 sessions.

_____  _____  Date: __12/2/07__  Div./Dept. __10/2 Rd__
(Print- name of individual responding)   (Signature of individual responding)

Part-A / Control #: _REG84191_

Referred To: _Law library_

☑ Processed as a request.

# COOK COUNTY DEPARTMENT OF CORRECTIONS
## DETAINEE GRIEVANCE

Detainee Last Name: Harrison          First Name: Bobby

ID #: 2064 - 0072892    Div.: 10    Living Unit: 2C    Date: Dec / 4 / 2007

BRIEF SUMMARY OF THE COMPLAINT: is pretaining to the Lawlibrary on Dec. 4, 2007
I was called to the Div. 10 Lawlibrary. There, I spoke to the librarin Ms. Sankey. I
told her for the last passed 2 weeks I was not called to the Lawlibrary.
She Said, I know that, because you was called to the dispensary for the last
2 Tuesdays you was scheduled for the the Lawlibrary on the 19 & the 26
of November. I Said I understand that the dispensary override the Lawlibrary.
However, Since I do have a Courtorder mandated for 2 days a week in the
Lawlibrary. You Should have rescheduled me for the Lawlibrary, like Mrs. Richardson
in the div. 1 would usual Commandated me when I was double Scheduled.
Ms Sankey, "Said this is not div. 1 and I am not Mrs. Richardson". I said, that
means whenever, I am double secheduled, I am going to lose out on the
Lawlibrary. She Said you are correct.
Denial access to the Lawlibrary violated the detainee 14th Amendment rights,
also violated the Judge Courtorder. And violated the professional of your
standards.

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:
officer woods, Detainee Jackson and other detainees in the lawlibrary.

ACTION THAT YOU ARE REQUESTING:
If I am double scheduled on the same day of the Lawlibrary to be
rescheduled the same week for the Lawlibrary

DETAINEE SIGNATURE: Bobby Lee Harrison

C.R.W.'S SIGNATURE: _V. little_          DATE C.R.W. RECEIVED: _12 / 19 / 07_

Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form.
All appeals must be made in writing and directly submitted to the Superintendent.

(WHITE COPY – PROG. SERV.)    (YELLOW COPY – C.R.W.)    (PINK COPY – DETAINEE)    (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

## C.C.D.O.C. DETAINEE GRIEVANCE / REFERRAL & RESPONSE

*EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFTEY OF A DETAINEE*

Detainee's Last Name: __Harrison__  First Name: __Bubby__  ID#: __2004-0072892__

Is This Grievance An Emergency?  YES ☐  NO ☒

C.R.W.'S Summary Of The Complaint: __Detainee Alleges unprofessional behavior by Library Staff__

C.R.W. Referred Griev. To: __Law Library Supv.__  Date Referred: __11 / 21 / 06__

Response Statement: __Terri is Lake Detainee Harrison made no request for Postage. Law Librarians are deemed to be professional at all times__

_____ Date: 11 / 21 / 06 Div./Dept. _____
(print. name of individual responding to this griev.)  (signature of individual responding to this griev.)

_____ Date: 12 / 1 / 06 Div./Dept. _____
(print. name of Supt. / Designee / Dept. Admin.)  (signature of Supt. / Designee / Dept. Admin.)

V. Alexander, Asst Adm. _____ Date: 11 / 29 / 06
(print. name of Prog. Serv. Admin./ Asst. Admin.)  (signature of Prog. Serv. Admin./ Asst. Admin.)

Date Detainee Received Response: __12 / 5 / 06__  Detainee Signature: __Bobby Harrison__

### REQUEST FOR AN APPEAL

*APPEALS MUST BE MADE WITHIN 14 DAYS OF THE DATE THE DETAINEE RECEIVED THE RESPONSE*

Date Detainee Request For An Appeal: __12 / 5 / 06__

Detainee's Basis For An Appeal: __I made over 4 Requests for postage and I have witnesses. I finally got postage through my Social worker ms. Vaughn__

Appeal Board's Acceptance Of Detainee's Request:  YES ☐  NO ☒

Appeal Board's Reasoning / Decision / Recommendation To The Superintendent Or Administrator: __Denied - Law librarian has been reassigned__

Appeal Board's Signatures / Dates: __1-9-07__   __1/9/07__

Date Detainee Rec.'d the Appl. Bd.'s Response: __1 / 11 / 06__  Detainee Signature: _____

GRIEVANCE CODE(S): (_____) (_____) (_____) (_____)

Part-A / Control #: _2007_ X _2300_

Referred To: _Law-Library / Services_

# COOK COUNTY DEPARTMENT OF CORRECTIONS
# DETAINEE GRIEVANCE

Detainee Last Name: _Harrison_     First Name: _Bobby_

ID #: _2004 -0072892_   Div.: _1_   Living Unit: _B-1_   Date: _10 / 26 / 07_

BRIEF SUMMARY OF THE COMPLAINT: _is Pretaining to the Lawlibrary Clerk Ms._
_Jones. On Oct 24, 2007 The Law librarian Ms Jones denied me a Photo Copyed_
_of a letter addressed to the Clerk of us District Court, because it was_
_Pretaining to the Lawlibraries. On Oct 25, 2007 Ms Jones denied me_
_Photo Copyies of pages 17 to my Complaint against the Lawlibraries._
_I am Pro se, in my Criminal & Civil Cases. I supposed to be_
_entitled to these legal document Photo Copying. Ms Jones, have_
_made her own Policy, doing whatever please her, which deniying_
_me access to the Court. The Federal Courts required that in-_
_mate or Detainees, must be provided access to the Courts_
_meaning that Pro Se, Inmates & Detainees are required Photo-_
_Copying of Legal documents. Ms Jones have Steped beyond her_
_boundary, Violated the Plaintiff's Consititutional rights, and Violated the_

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:

_Standard of her Professions_

ACTION THAT YOU ARE REQUESTING:
_For Ms. Jones to be put on restriction, or be removed from office. I am_
_Seeking Compensatory damages for harrassment and for denking me_
_access to the Court._

DETAINEE SIGNATURE: _Bobby Lee Harrison_

C.R.W.'S SIGNATURE: _V. Butler_     DATE C.R.W. RECEIVED: _11 / 14 / 07_

Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form.
All appeals must be made in writing and directly submitted to the Superintendent.

(WHITE COPY – PROG. SERV.)   (YELLOW COPY – C.R.W.)   (PINK COPY – DETAINEE)   (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

Part-A / Control #: _Request_

Referred To: _Program Services_

# COOK COUNTY DEPARTMENT OF CORRECTIONS
# DETAINEE GRIEVANCE

Detainee Last Name: _Harrison_     First Name: _Bobby_

ID #: _2004_ - _0072892_  Div.: _10_  Living Unit: _2 A_  Date: _9 / 1 /2007_

BRIEF SUMMARY OF THE COMPLAINT: is pretaining to the Lawlibrary. I am Pro se, in my Civil & Criminal Cases, and I am indigent, I needed Postages to send some legal Materials out to the Fedreal Court. I requested Postages from the Librarian Ms. Sankey for around 3 weeks in Sept. On 10-11-17-18 and I was denied. She said she didn't have any postage, that she had already notified her Administrator. There's were other indigent detainees in the Lawlibrary who also requested Postage to send out legal Materials. We would like to know why the administrator has stopped suppling the Lawlibrary with postage? This type of element is essential in prepairing for defense a defense. We are being hendered and deprived of our basic Materials, which has become a threat to the detainees Well-being, expecially the Pro se detainees.

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:
_Steve Jackson 2006006027 Calarvin Hill # 20050058408_

ACTION THAT YOU ARE REQUESTING:
For the administrator to supply the Lawlibrary with postages, and to be compensated for the deprivation

### DETAINEE SIGNATURE: _Bobby Harrison_

C.R.W.'S SIGNATURE: _V. Brittle_     DATE C.R.W. RECEIVED: _9/19/07_

---

*Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form. All appeals must be made in writing and directly submitted to the Superintendent.*

(WHITE COPY  PROG. SERV.)    (YELLOW COPY – C.R.W.)    (PINK COPY – DETAINEE)    (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

## C.C.D.O.C. DETAINEE GRIEVANCE FORM PROCESSED AS A REQUEST

*Please Note :*

- *If the detainee is not satisfied with the response and/or attempt at resolving this issue, the detainee may resubmit the concern and it will be processed as a grievance.*
- *When processed as a request, an appeal of the response and/or action taken cannot be made.*
- *When processed as a request, PART-B is not applicable.*

Detainee's Last Name: _Thedison_    First Name: _Bobby_

ID#: _2004-0072892_    Div: _10_    Tier/LivingUnit: _2D_

Date of Request: _9/19/07_    Date C.R.W. Received Request: _9/19/07_

This request has been processed by: _V. Butler_    C.R.W.

**Summary of Request:**

_Detainee is requesting assistance regarding Law-_
_Library services / supplies._

**Response and/or Action Taken:**

_Detainee filed a grievance in reference to law-_
_Library services. Refer to grievance Control # 2007X1222_
_Which is in appeal status._

_V. Butler_ - _V. Butler_    Date: _9/19/07_ Div./Dept. _10_
(Print- name of individual responding)    (Signature of individual responding)

Referred To: _Law Library_

# COOK COUNTY DEPARTMENT OF CORRECTIONS
# DETAINEE GRIEVANCE

Detainee Last Name: _Harrison_          First Name: _Bobby_

ID #: _2004_ - _0072892_   Div.: _1_   Living Unit: _2G_   Date: _1_ / _2_ / _07_

BRIEF SUMMARY OF THE COMPLAINT: _Today is the Second of Jan. 2007_
_I was mandated to the lawlibrary by Judge Simmons on oct. 16 2006_
_for two time pre-week while I am in the Cook County Jail last week I was_
_not call for the law-library. I put in several requests and still wasn't call._
_I am prose and I represented myself. How can I preforms an adequate_
_defense. When I am denied of the lawlibrary that the Judge ordered. It's_
_clearly to see that my Constitutional right has been violated. There are_
_No excuse because my name is on the Computer._

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:
_Patrick S. White_

ACTION THAT YOU ARE REQUESTING:

_To the law-library Clerk or whomever Incharge of Calling the Detainees to the law-_
_library. I want action taking agianst them for their negligent_

### DETAINEE SIGNATURE: _Bobby Lee Harrison_

C.R.W.'S SIGNATURE: _S Hallris_          DATE C.R.W. RECEIVED: _1_ / _3_ / _06_

Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form.
All appeals must be made in writing and directly submitted to the Superintendent.

(WHITE COPY – PROG. SERV.)   (YELLOW COPY – C.R.W.)   (PINK COPY – DETAINEE)   (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

Part – B / Control #: 2007X 0888

## C.C.D.O.C.  DETAINEE GRIEVANCE / REFERRAL & RESPONSE

*EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFTEY OF A DETAINEE*

Detainee's Last Name: Harrison   First Name: Bobby   ID# 2004-0072892

Is This Grievance An Emergency?   YES ☐   NO ☑

C.R.W.'S Summary Of The Complaint: Detainee alleges ineffective law library services

C.R.W. Referred Griev. To: LAW Library   Date Referred: 5/1/07

Response Statement: The Computer system has been repaired. If the System breakdown there is my procedure in place to provide up to date copy of cases.

_____ Sup.   _____ Sup.   Date 5/04/07 Div./Dept. 1 Law

J B Salmon   _____ s7   Date 5/08/07 Div./Dept. I
(print name of Supt. / Designee / Dept. Admin.)   (signature of Supt. / Designee / Dept. Admin.)

V Alexander   V. Alexander   Date 5/4/07
(print name of Prog. Serv. Admin./ Asst. Admin.)   (signature of Prog. Serv. Admin./ Asst. Admin.)

Date Detainee Received Response: 5/9/06   Detainee Signature: Bobby J. Harrison

## REQUEST FOR AN APPEAL

*APPEALS MUST BE MADE WITHIN 14 DAYS OF THE DATE THE DETAINEE RECEIVED THE RESPONSE*

Date Detainee Request For An Appeal: 5/9/06

Detainee's Basis For An Appeal: I know the computer is fix now but before it was fix I lost 2 case and didn't no one tell me about we could get copies elsewhere.

Appeal Board's Acceptance Of Detainee's Request:   YES ☐   NO ☒

Appeal Board's Reasoning / Decision / Recommendation To The Superintendent Or Administrator:

Original Response to Stand

Appeal Board's Signatures / Dates:
_____ 6-5-7 _____ 6/5/07 _____

Date Detainee Rec.'d the Appl. Bd.'s Response: 6/8/20   Detainee Signature: Bobby Harrison

GRIEVANCE CODE(S): (____) (____) (____) (____)

(WHITE COPY – PROG. SERV.)   (YELLOW COPY – C.R.W.)   (PINK COPY – DETAINEE)   (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

Part - B   Control: 2007 X 0264

## C.C.D.O.C. DETAINEE GRIEVANCE / REFERRAL & RESPONSE

EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFTEY OF A DETAINEE

Last Name: Morrison    First Name: Bobby    ID# 20070072892

Is This An Emergency?    YES ☐    NO ☑

Summary Of The Complaint: Detainee alleges inadequate
computer law _____

Referred To: Program Services    Date Referred: 4/13/07

_____ law library movement, passes are given to Detainees
_____ but is not organized
_____ conforms to Ten
_____ computer in the law library is designed
_____ for Detainee access. The computer has _____

(signature of person completing / responding to this grievance)   Date: 4/13/07   Div./Dept.

_____ Date: 4/14/07   Div./Dept.
(signature of Supt. Designee / Dept. Admin.)

V. Alymundy    Date: 4/16/07
(signature of Prog. Serv. Admin./ Asst. Admin.)

Date Detainee Received Response: 4/19/07    Detainee Signature: Bobby Morrison

### REQUEST FOR AN APPEAL

ALL APPEALS MUST BE MADE WITHIN 14 DAYS OF THE DATE THE DETAINEE RECEIVED THE RESPONSE

Date Detainee Request For An Appeal: _____

Detainee's Basis For An Appeal: _____

_____

Appeal Board's Acceptance Of Detainee's Request:    YES ☐    NO ☐

Appeal Board's Reasoning / Decision / Recommendation To The Superintendent Or Administrator:

_____

_____

Appeal Board's Signatures / Dates:

_____

Date Detainee Rec'd The Appl. Bd's Response: ___/___/___    Detainee Signature: _____

GRIEVANCE CODE(S): (_____) (_____) (_____) (_____)

(WHITE COPY - PROG. SERV.)   (YELLOW COPY TO R.W.)   (PINK COPY - DETAINEE)   (GOLDENROD COPY - DIVISION/SUPT. OFFICE)

Part-A / Control #: 2007 X 1822

Referred To: Law Library Program Services

# COOK COUNTY DEPARTMENT OF CORRECTIONS
# DETAINEE GRIEVANCE

Detainee Last Name: Harrison    First Name: Bobby

ID #: 2004 - 0072892   Div.: 10   Living Unit: 2D   Date: August 24 / 07

This grievance is on Mrs. V. Alexander, Assistant

BRIEF SUMMARY OF THE COMPLAINT: Administrator the Supervior of the law library in the divisons. First, to address this Complaint, my name is Bobby L. Harrison 54 Years old, and i am indigent. I am being housed in Div.10 Cook County Awaiting Trial on a Series of Serious Class-X's I am Pro se, in my Civil & Criminal Case. I Should be allowed to get Copies of any legal Paper or internal document Pertaining to my Civil or Criminal Case. This issue is not new to Mrs. V. Alexander I'll made her aware of the deprivations before. I'll also Challaged her through the administrative grievance Procedure, and the Supervior social worker Mr. Warron, So She knows this Status. Around August 7 or 8 I Spoke to the law librarian Ms. Sankey Pretaining to Copy of grievance forms. Ms Sankey, said She was not allowed to Copy grievance forms that her Supervior Mrs. Alexander, told her Not to Copy detainees grievance forms. I told Ms. Sankey I needed these Copies for my Civil-Suit, that I had Challaged Mrs. Alexander before Pretaining to this issue, and was allowed Copies for a Short while. Ms. Sankey, said I'll Call her Supervior Mrs. Alexander, and ask her what the Status is on Copying grievance forms and will let You know what She Said on your next visit to the law library. On around August 14, 07 I asked Ms. Sankey, what did her Supervior say! Ms. Sankey, said my Supervior said "absolutely no" I'm tired of Mrs. Alexander, attempts to limit my use of very limited Materials that are at my disposal in the lawlibrary, the deprivations has hinder me from filing Motions, etc. due to Mrs. Alexander and the inadequate law-library. My Constitutional rights had been Violated and she Continues to violated my rights I will not stand by and her let her go unchallaged. If this issue is not adequately Solved I will take the fedral Court. If it is not adequately addressed (Please be advised that the detainee only get one Copy of their grievance forms back, and one Copy is not enought to send the Courts and to Keep a Copy for theirselves. Officer Brown Said the lawlibrary doesn't surpose to Copy the documents I marked the law library Copy needed Detainee Charles Hill, Said around 10 months ago the law library excessive, due to things the detaince me, but the officer not allowed detainees materials at

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: They both were standing and heard (Detainee Charles Hills Io = 2005004 4808)(Officer Brown the Conversation, and Spoke on it regarding the issue. & Jeffrey Stringel 20070037928

ACTION THAT YOU ARE REQUESTING: is simple, to get my grievances Copy in the lawlibrary. and if the Cook County Policy says no Copies, the Policy is wrong and will be Challaged in Courts.

Note "(Our Social worker Mrs Butler, Said She is not allowed to Copy the detainees grievance forms.)

DETAINEE SIGNATURE: Bobby Lee Harrison

C.R.W.'S SIGNATURE: V Butler    DATE C.R.W. RECEIVED: 9 / 4 / 07

Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form. All appeals must be made in writing and directly submitted to the Superintendent.

(WHITE COPY – PROG. SERV.)   (YELLOW COPY – C.R.W.)   (PINK COPY – DETAINEE)   (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

PART – C

## C.C.D.O.C. DETAINEE GRIEVANCE PROCESSED AS A REQUEST

*Please note: When processed as a request, PART – B is not applicable.*

# 11

**Detainee's Last Name:** Harrison        **First Name:** Bobby

**ID#:** 2004 - 0072892  **Div:** 10  **Tier/LivingUnit:** 2D

**Date of Request:** 7 / 6 / 27      **Date C.R.W. Received Request:** 7 / 25 / 07

**This Request has been processed by:** V. Butler        **C.R.W.**

**Summary of Request:**

Detainee is requesting improved Law-Library Services, the next time he is "housed" in Division ONE.

**Response and/or Action Taken:**

Detainee Harrison was scheduled on July 24-26 200[?] Detainee Harrison is also scheduled in Law Library July [?] In order for a detainee to receive postage the librarian must verify that he/she is indigent. Detainee Harrison received Postage on July 26 2007

_____        _____  **Date:** 07 / 30 / 07 **Div./Dept.** 10 Law [?]
(Print- name of individual responding)    (Signature of individual responding)

Part-A / Control # 2007 X0888

Referred To: LAW LIBRARY

# COOK COUNTY DEPARTMENT OF CORRECTIONS
## DETAINEE GRIEVANCE

Detainee Last Name: HARRISON   First Name: Bobby

ID #: 2004-0072892   Div.: 1   Living Unit: G2   Date: 4/24/07

BRIEF SUMMARY OF THE COMPLAINT On April 16, 2007 I spoke to Supervisor Hopper, in the law library. I told her that I loss a Civil suit because of the inadequate law library. I was not able to file a proper motion to the Appellate Court in the month of Febuary because the Computer was broken for around three months. And the Northern Eastern Jursdiction Law books were too old and didn't go up high enough to Cite a Case from People V. Salgado, 353 Ill. App. 3d 101, 817 N.E. 2d 1079, 2004 Which Caused my suit to be dismissed. Mrs. Hopper, Stated that She told Mrs. Richardson, that She could give the Detainees materials to her for Copies. I told Mrs. Hopper, that Mrs Richardson didn't say anything about sending Copies to her office, nor did She have anything posted saying that the Detainees Could get Copies else where. On 4-16-07 I spoke to Mrs. Richardson, Pertaining to what Mrs. Hopper, told me. Mrs. Richardson said Mrs Hopper didn't tell her anything about getting the Detainees Materials Copies until the law library Computer was Fixed, and that She told the Detainees when She was told. I was never told by Mrs Richardson nor Mrs Hopper. I asked other Detainees in the law library today 4-24-07 and they has no Knowledge of the referral. I am Prose in my civil criminal Cases and the librarian and the Inadequate lawlibrary has hendered me from prepering for a paper defense which a violation of my due process of the law.

_Armando Rivas #2006007536_

XRaymond Newell 2005002883 7/ Ben William 20080015588
_____ Edmardo Hill 2005008808
James Gardner 2004005338 4/ Charles Eaton 20060100102
NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:
Taylor White 2005-008-1375/ Diego Santiago 2006009647

ACTION THAT YOU ARE REQUESTING: Do not let the law library Computer be out of order
that long again and I want to be Compensate for losing my Case.

## DETAINEE SIGNATURE: Bobby Lee Harrison

C.R.W.'S SIGNATURE: Sue Worker Dean   DATE C.R.W. RECEIVED: 5/1/07

*Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form.*
*All appeals must be made in writing and directly submitted to the Superintendent.*

(WHITE COPY – PROG. SERV.)   (YELLOW COPY – C.R.W.)   (PINK COPY – DETAINEE)   (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

Part – B / Control # _2007X  0587_

## C.C.D.O.C. DETAINEE GRIEVANCE / REFERRAL & RESPONSE

*EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFTEY OF A DETAINEE*

Detainee's Last Name: _HARRISON_     First Name: _Bobby_     ID# _2004-0072892_

Is This Grievance An **Emergency**?     YES ☐     NO ☑

C.R.W.'S Summary Of The Complaint: _Detainee complains lack of_
_Service from crw_

C.R.W. Referred Griev. To: _Program Services_     Date Referred: _3 / 23 / 07_

Response Statement: _R/Supv. Spoke with detainee about Concerns, R/supv._
_also spoke with CRW. Deanes about alleged behavior. Situation_
_Will be monitored closely_

_L. WARREN_     Date: _3 /26 / 07_  Div./Dept. _5/__
(print - name of individual responding to this griev.)     (signature of individual responding to this griev.)

_Sgt. N. Maurer_     Date: _3 / 26 / 07_  Div./Dept. ___
(print - name of Supt. / Designee / Dept. Admin.)     (signature of Supt. / Designee / Dept. Admin.)

_J. Mueller_     Date: _3, 26, 07_
(print - name of Prog. Serv. Admin./ Asst. Admin.)     (signature of Prog. Serv. Admin./ Asst. Admin.)

Date Detainee Received Response: _3 / 30 / 07_  Detainee Signature: _Bobby Harrison_

### REQUEST FOR AN APPEAL

*APPEALS MUST BE MADE WITHIN 14 DAYS OF THE DATE THE DETAINEE RECEIVED THE RESPONSE*

Date Detainee Request For An Appeal: ___/___/___

Detainee's Basis For An Appeal: _____

Appeal Board's Acceptance Of Detainee's Request:     YES ☐     NO ☐

Appeal Board's Reasoning / Decision / Recommendation To The Superintendent Or Administrator:

_____

_____

Appeal Board's Signatures / Dates:

_____

Date Detainee Rec.'d the Appl. Bd.'s Response: ___/___/___  Detainee Signature: _____

GRIEVANCE CODE(S): (_____) (_____) (_____) (_____)

(WHITE COPY – PROG. SERV.)   (YELLOW COPY – C.R.W.)   (PINK COPY – DETAINEE)   (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

Part – B / Control #: 200IX 0589

## C.C.D.O.C. DETAINEE GRIEVANCE / REFERRAL & RESPONSE

*EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFTEY OF A DETAINEE*

Detainee's Last Name: Harrison   First Name: Bobby   ID# 2004-0072592

Is This Grievance An Emergency?   YES ☐   NO ☑

C.R.W.'S Summary Of The Complaint: Inmate alleges he's not getting adequate Law Library services

C.R.W. Referred Griev. To: Program Services   Date Referred: 3 / 23 / 07

Response Statement: Mr Harrison has been offered copies of his grievances (Pink Copy) according to the Grievance Procedure. He has also received a copy of grievances in the law library. All future copies of grievances will be handled according to terms of the rules. Please be advised that there will also serve as an answer to the letter dated 3-18-07)

K Alexander   (print. name of individual responding to this griev.)   V Alexander (signature of individual responding to this griev.)   Date: 3 / 28 / 07   Div./Dept. Virginia Juan

Supt. N Williams   (print. name of Supt. / Designee / Dept. Admin.)   (signature of Supt. / Designee / Dept. Admin.)   Date: 3 / 29 / 07   Div./Dept. C/

V. Alexander Prog Adm.   (print. name of Prog. Serv. Admin./ Asst. Admin.)   V Alexander, Asst Adm. (signature of Prog. Serv. Admin./ Asst. Admin.)   Date: 3 / 28 / 09

Date Detainee Received Response: 3 / 30 / 07   Detainee Signature: Bobby Lee Harrison

## REQUEST FOR AN APPEAL

*APPEALS MUST BE MADE WITHIN 14 DAYS OF THE DATE THE DETAINEE RECEIVED THE RESPONSE*

Date Detainee Request For An Appeal: 3 / 30 / 07

Detainee's Basis For An Appeal: I spoke to Mrs. Richardson on my visit and she stated that she not going to make copy I need copy because I am pro se in my case

Appeal Board's Acceptance Of Detainee's Request:   YES ☑   NO ☑

Appeal Board's Reasoning / Decision / Recommendation To The Superintendent Or Administrator: Department Policy is followed

Appeal Board's Signatures / Dates: L. LaRue 4-3-7   [signature] 4/3/07

Date Detainee Rec.'d the Appl. Bd.'s Response: 4 / 6 / 07   Detainee Signature: Bobby Lee Harrison

GRIEVANCE CODE(S): (_____) (_____) (_____) (_____)

(WHITE COPY – PROG. SERV.)   (YELLOW COPY – C.R.W.)   (PINK COPY – DETAINEE)   (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

PART – C

## C.C.D.O.C. DETAINEE GRIEVANCE PROCESSED AS A REQUEST

\* Please note: When processed as a request, PART – B is not applicable. \*

Detainee's Last Name: _HARRISON_   First Name: _Bobby_

ID#: _2004 0072892_ Div: _1_ Tier/LivingUnit: _G 2_

Date of Request: _6/6/07_   Date C.R.W. Received Request: _6/25/07_

This Request has been processed by: _Soc Worker Dean_ C.R.W.

**Summary of Request:**

_Detainee is Requesting program
Services follow court order for law library_

**Response and/or Action Taken:**

_Detainee Harrison is on Schedule
June 26, 2007 for first session.
Detainee will continue received two sessions
per week_

_L Hower_ _____   _____   Date: _0625/07_ Div./Dept. _1 law lib_
(Print- name of individual responding)     (Signature of individual responding)

_Was not called on s schedule June 26, 07_

Part-A / Control #: _2007_ X _0589_

Referred To: _Pro from Services_

# COOK COUNTY DEPARTMENT OF CORRECTIONS
## DETAINEE GRIEVANCE

Detainee Last Name: __HARRISON__     First Name: __Bobby__

ID #: _2004_ _0072992_     Div.: _1_     Living Unit: _2 G_     Date: _2_ /_9_ /_07_

BRIEF SUMMARY OF THE COMPLAINT: _This Grievance is Pertaining to the deprivations_
_that I have suffered due to the inadequate law library and, Ms. Richardson_
_attempts to limit my use of the very limited materials that are at my disposal in_
_the law library. On Jan 31-07, Feb 6-07 and Feb. 9-07 I was denied postage_
_because the law librarian Ms. Richardson, didn't have time to do it. On Feb 9-07_
_I was also informed by Ms./Ms. Richardson that I would have to pay for copies_
_of Grievances if I wanted more than one copy. I was told that I was allowed_
_thirty five copies, and Grievances don't count. This directive came from Ms/Ms_
_Richardson. I showed Mrs/Ms Richardson, the copy of the letter Mrs V. Alexander_
_Supervisor signed, and it don't say anything about I have to pay for Grievance_
_after the first copy. I told Mrs/Ms Richardson, that I was pro-se in my case_
_and indigent. And that her supervisor Mrs. V. Alexander didn't say anything about I_
_have to pay all over one copy, Mrs/Ms. Richardson, said do what you do best._

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:
_Patrick White_ TO _2005-008 1375_ Name _Bric William_ TO _2008-001088_
Witnesses

ACTION THAT YOU ARE REQUESTING:
_That the violation of my Right to Due Process be stopped immediately and that Mrs. Ms._
_Richardson be reprimanded for my deprivation._

**DETAINEE SIGNATURE:** _Bobby Lee Harrison_

C.R.W.'S SIGNATURE: _Soc Worker Dean_     DATE C.R.W. RECEIVED: _3_ /_23_ /_07_

> *Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form.*
> *All appeals must be made in writing and directly submitted to the Superintendent.*

(WHITE COPY - PROG. SERV.)   (YELLOW COPY - C.R.W.)   (PINK COPY - DETAINEE)   (GOLDENROD COPY - DIVISION/SUPT. OFFICE)

## C.C.D.O.C. DETAINEE GRIEVANCE / REFERRAL & RESPONSE

*EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFTEY OF A DETAINEE*

Detainee's Last Name: __Harrison__   First Name: __Bobby__   ID#: __2004__ - __0072892__

Is This Grievance An Emergency? **YES** ☐   **NO** ☒

C.R.W.'S Summary Of The Complaint: __Detainee alleges that CCDOC law-Library copy Policy violates his rights.__

C.R.W. Referred Griev. To: __Law Library__   Date Referred: __9 / 4 / 07__

Response Statement: __You will be given copies of your grievance in accordance with the current Law Library copy procedure as long as the grievance like any other document is relevant to your case.__

__R. Carroll__   __R. Carroll__   Date: __9 /17 /07__  Div./Dept.
(print- name of individual responding to this griev.)   (signature of individual responding to this griev.)

__Supt. C. Plaxico #14__   __Supt. C. Plaxico__  Date: __09 / 19 / 07__ Div./Dept. __10__
(print - name of Supt. / Designee / Dept. Admin.)   (signature of Supt. / Designee / Dept. Admin.)

__R. Carroll__   __R. Carroll__   Date: __9 /17 /07__
(print - name of Prog. Serv. Admin./ Asst. Admin.)   (signature of Prog. Serv. Admin./ Asst. Admin.)

Date Detainee Received Response: __9 / 19 / 07__ Detainee Signature: __Bobby Harrison__

### REQUEST FOR AN APPEAL

*APPEALS MUST BE MADE WITHIN 14 DAYS OF THE DATE THE DETAINEE RECEIVED THE RESPONSE*

Date Detainee Request For An Appeal: __9 / 19 / 07__

Detainee's Basis For An Appeal: __Mrs Hopper in the law/library had and she still refused me copies of grievance and postage. She said she don't have any postage__

Appeal Board's Acceptance Of Detainee's Request:   **YES** ☐   **NO** ☒

Appeal Board's Reasoning / Decision / Recommendation To The Superintendent Or Administrator:
__Supplies of Postage was out - as of 10-1-07 the Repast Division X supply has been re-stocked__

Appeal Board's Signatures / Dates:
__10-2-07__ __10/2/07__

Date Detainee Rec.'d the Appl. Bd.'s Response: __10 / 5 / 07__ Detainee Signature: __Bobby Harrison__ X

GRIEVANCE CODE(S): (____) (____) (____) (____)

(WHITE COPY – PROG. SERV.)   (YELLOW COPY – C.R.W.)   (PINK COPY – DETAINEE)   (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

Part-A / Control #: ___X___

Referred To: _Law Library_

☒ Processed as a request.

## COOK COUNTY DEPARTMENT OF CORRECTIONS
## DETAINEE GRIEVANCE

Detainee Last Name: HARRISON     First Name: Bobby

ID #: 2004 -0072592  Div.: 10  Living Unit: 2c  Date: 3 / 10 / 08

BRIEF SUMMARY OF THE COMPLAINT: is pretaining to the Lawlibrary
For around 2 months the Lawlibrary has not had any white-
out. The Lawlibrary Clerks said someone took it. The Lawlibrary
need white-out inorder for the detainees to make Correction.
When we make an erro there's no way to correct it, We are
force to write the whole document over which hendered us from
in litigating our cases, and doing research. The Lawlibrary supposed
to have these kind of element. The fact is we are being denied
access to the Court which violated the detainees Fourteenth Amend-
ment rights. "Supervisor Hooper, or to whomever it's may Concern
Can We please have Some white-out for the Lawlibrary"?

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:
_____

ACTION THAT YOU ARE REQUESTING:
for the Supervisor to give us some white out for the Lawlibrary.

**DETAINEE SIGNATURE:** Bobby Lee Harrison

C.R.W.'S SIGNATURE: _____     DATE C.R.W. RECEIVED: 04/01/08

*Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form.*
*All appeals must be made in writing and directly submitted to the Superintendent.*

(WHITE COPY – PROG. SERV.)   (YELLOW COPY – C.R.W.)   (PINK COPY – DETAINEE)   (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

PART – C

## C.C.D.O.C. DETAINEE GRIEVANCE FORM  PROCESSED AS A REQUEST

*Please Note :*

- *If the detainee is not satisfied with the response and/or attempt at resolving this issue, the detainee may resubmit the concern and it will be processed as a grievance.*
- *When processed as a request, an appeal of the response and/or action taken cannot be made.*
- *When processed as a request, PART-B is not applicable.*

Detainee's Last Name: **Harrison**  First Name: **Dobby**

ID#: **2004-0072892** Div: **10** Tier/LivingUnit: **C-2**

Date of Request: **03/10/08**  Date C.R.W. Received Request: **04/01/08**

This request has been processed by: **Morales** C.R.W.

**Summary of Request:**

Detainee request law library has not had any while out to court.

**Response and/or Action Taken:**

THE WHITE OUT HAS BEEN STOLEN FROM THE LAW LIBRARY & WE HAVE NOT RECEIVED ANYMORE SINCE THAN. SECONDLY, WHITE OUT IS NOT REQUIRED TO BE GIVEN TO THE INMATE'S TO USE, IT IS MERELY A PRIVILEGE.

M. GAUTHIER - LAW LIBRARIAN -  Date: **4/02/08** Div./Dept. **DIV. X/Program Services**
(Print- name of individual responding) ____(Signature of individual responding)

( WHITE COPY – PROG. SERV. CENTRAL OFFICE )   ( YELLOW COPY – C.R.W. WEEKLY PACK )   ( PINK COPY – DETAINEE )

Part – B / Control # 2007 X 2300

## C.C.D.O.C. DETAINEE GRIEVANCE / REFERRAL & RESPONSE

*EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFTEY OF A DETAINEE*

Detainee's Last Name: Harrison    First Name: Bobby    ID#: 2004-0072892

Is This Grievance An **Emergency**?    YES ☐    NO ☒

C.R.W.'S Summary Of The Complaint: Detainee alleges denial of Law Library Services.

C.R.W. Referred Griev. To: Law Library / Program Service    Date Referred: 11/15/07

Response Statement: Ms. Jones stated detainee Harrison received all Requested copies of his legal documents on 10/26/07 + 10/25/07 records indicated that detainee Harrison signed and received his copies on November 24-25, 2007

L. Harper Sup.  _____ Date: 11/26/07 Div/Dept Law Lib.
(print- name of individual responding to this griev.)    (signature of individual responding to this griev.)

Dennis Owens  _____ Date: 11/27/207 Div/Dept. 10
(print - name of Supt. / Designee / Dept. Admin.)    (signature of Supt. / Designee / Dept. Admin.)

V. Alexander  V. Alexander  Date: 11/26/07
(print - name of Prog. Serv. Admin./ Asst. Admin.)    (signature of Prog. Serv. Admin./ Asst. Admin.)

Date Detainee Received Response: 11/28/07    Detainee Signature: Bobby Harrison

## REQUEST FOR AN APPEAL

*APPEALS MUST BE MADE WITHIN 14 DAYS OF THE DATE THE DETAINEE RECEIVED THE RESPONSE*

Date Detainee Request For An Appeal: 11/28/07

Detainee's Basis For An Appeal: I did not received all of my copy. She denied my copy pertaining to the Law library Complaint. Ms. Richardson, known about it. Ms. Jones also told Mrs. Richardson, not to give me any copies. I also have other witness who heard the conversation.

Appeal Board's Acceptance Of Detainee's Request:    YES ☐    NO ☒

Appeal Board's Reasoning / Decision / Recommendation To The Superintendent Or Administrator:
Original response to stand.

Appeal Board's Signatures / Dates:
_____ 12/4/07    _____ 12-1-7    _____

Date Detainee Rec.'d the Appl. Bd.'s Response: 12/7/07 Detainee Signature: Bobby Harrison

GRIEVANCE CODE(S): (_____) (_____) (_____) (_____)

(WHITE COPY – PROG. SERV.)   (YELLOW COPY – C.R.W.)   (PINK COPY – DETAINEE)   (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

Part-A / Control #: _____ X _____

Referred To: _Brighton Di Services_

☒ Processed as a request.

# COOK COUNTY DEPARTMENT OF CORRECTIONS
## DETAINEE GRIEVANCE

Detainee Last Name: Harrison          First Name: Bobby

ID #: 2004 - 0072892    Div.: 10    Living Unit: 2-C    Date: 2 / 24 / 08

BRIEF SUMMARY OF THE COMPLAINT: On 2/15/08 I Went to the divison 10 Law-library. There I spoke to the Librarian Mr. Keel, I asked the Clerk to Cite some Cases for me in support of a motion to suppress Identification. Mr. Keel, attempted to Cite the Cases, but was unable to due to the computer. He said, the Computer don't have but nine sensors, and there's a lot of stuff that the Lawlibrary is unable to site. For example, these was some of my Cases I need State v. Doolittle, 189 Conn. 183, 453 A. 2d 834, 848 sa (198), People v. Lewis 92 Ill. App. 2d 463, 236 N. E. 2d 417 (1988) People v. Williams 118 Ill. 2d 407 113 Ill. Dec. 923, 515 N. E. 2d 1230 (1987). He said he was not able to Cite Northern—Western Case, etc. There is a lot of thing the Jail Computers want do. The Cook Coounty Jail lawlibraries computer sys tems is are inadequate and of litigation sensors that would aid in Case studying or research for Motions, etc. that hendered the pretrial detainees in adequate Assistance in litigating into legal litigations Legal process. That have resaulted into denying access to the Corts. Which Violated the pretrial detainees 14th Amendment right. for this grievance to be forward to the Program Services Supervisor

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:

The Law librarians, and all the pretrial detainees that use the libraries.

ACTION THAT YOU ARE REQUESTING:

To get a Computer that will aid the pretrial into adequate litigations.

DETAINEE SIGNATURE: _Bobby Lee Harrison_

C.R.W.'S SIGNATURE: _____          DATE C.R.W. RECEIVED: 03/06/08

Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form. All appeals must be made in writing and directly submitted to the Superintendent.

Part-A / Control # _2007_ X _2163_

Referred To: _Law Librarian_

# COOK COUNTY DEPARTMENT OF CORRECTIONS
## DETAINEE GRIEVANCE

Detainee Last Name: __Harrison__     First Name: __Bobby__

ID #: __2004 - 0072892__  Div.: __1__   Living Unit: __B1__   Date: __10 / 22 / 07__

This is pretaining to the Law library

BRIEF SUMMARY OF THE COMPLAINT: Clerk Ms Maretha C. Lake I'm being harrassed by her. She is interfering in the legal process. I went to the div. 9 Law library on Frida, Oct. 12, 2007. There I spoke to Ms Lake about getting a rehearing motion notarize for the Supreme. Ms Lake said what good is that going to do, that the Supreme Court has already denied your Motion. I told her that I have a right to appeal the motion. She said I also know the mandate will issue to the Appellate Court on Nov. 1, 2007. I asked her how do she know that? She smile and said I've been checking up on you, that I am working on you a court date right now, and you're going back before Judge Simmons. I said what do you have to do with my court date. She smile and said you see, on Oct. 15, 2007, I appeared before Judge Simmons, unexpected. Judge Simmons really didn't know my status date. The States Attorney stood up and said your honor, the supreme court denied Mr. Harrison motion for leave to appeal on Sept. 26, 2007, that the Supreme Court will issue the mandate to the Appellate Court on Nov. 1, 2007, Judge Simmons said I'll wait until the mandate is issue and then I will set the defendant a court date. I told Judge Simmons about Ms Lake interfering with my case. Judge Simmons said the Jail clerk have nothing to do with my case. My belief is that Ms Lake is elaborating with the States Attorney out of evil intent because I wrote her up a while back, and she also know about the law suit I have against the law libraries. because on Oct 6, 07 she made me some photo copies of the lawsuit, and I saw her reading the materials. on Oct. 16 I was banked to another div. my belief her

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: and the LT. had something to do with that. I mention her to the LT. on Oct 15 on the 16, they moved me. I have witnesses.

ACTION THAT YOU ARE REQUESTING: put Ms. Lake on restriction, I'm going to file for compensatory damages for the harrassment.

## DETAINEE SIGNATURE: _Bobby Harrison_

C.R.W.'S SIGNATURE: _J. Brazier_           DATE C.R.W. RECEIVED: _10 / 22 / 07_

**Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form. All appeals must be made in writing and directly submitted to the Superintendent.**

(WHITE COPY – PROG. SERV.)   (YELLOW COPY – C.R.W.)   (PINK COPY – DETAINEE)   (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

Part-A / Control #: REQUEST

Referred To: Division line supt

# COOK COUNTY DEPARTMENT OF CORRECTIONS
# DETAINEE GRIEVANCE

Detainee Last Name: Harrison          First Name: Bobby

ID #: 2004 - 0072942  Div.: 10   Living Unit: 2 D   Date: 7/23/07

BRIEF SUMMARY OF THE COMPLAINT: Is Pertaining to the Security in division one for
king me late to the lawlibrary. I am Pro sa in my Criminal case, and I have a courtorder
for 2 days a week for the lawlibrary. The Month of February through July 2007 the Security
was late Calling me, just about every week. Ranging from 15 to 30 minutes late and Some
me even more. On several occasions I wasn't called at all. On numerous occasions I
to Mrs. Richardson, the librarian, why I was always called late? She said it was not
her fault, that it was the Security fult. She also said our names' were given to the officers
day before we were Called to the library and it was their job to get us to the library
time. One session of the lawlibrary last for 1 hour & a half, which counts for one
my 2 session is for 3 hours, which counts for 2 days. My opinion, I don't think a
session should last for more than a hour & a half. Nevertheless, I am being cheated
out of my not enough time. Im getting less than 3 hours a week. Im being deprived of my
time in the lawlibrary. Which is a threat to me to Prepare for trial, which constitutes a
denial of fair justice. A violation of the due process of the law. Witnesses Ben Willen 2005.00
_____

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: Charles Oates #2004006
ACTION THAT YOU ARE REQUESTING: James Gardner 20040053324

To give me make up time for the time they deprived me of. If possible give people
longer session.

DETAINEE SIGNATURE: Bobby Lee Harrison

C.R.W.'S SIGNATURE: V. Butts          DATE C.R.W. RECEIVED: 7/28/07

Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form.
All appeals must be made in writing and directly submitted to the Superintendent.

(WHITE COPY – PROG. SERV.)   (YELLOW COPY – C.R.W.)   (PINK COPY – DETAINEE)   (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

"Note" I wrote this Grievance before, and it was misplaced by
officer Carvajal, before it were process

Appeal

Part – B / Control #: *2007X 00*

## C.C.D.O.C. DETAINEE GRIEVANCE / REFERRAL & RESPONSE

*EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFTEY OF A DETAINEE*

Detainee's Last Name: Harrison  First Name: Bobby  ID#: 2004 0072

Is This Grievance An Emergency?  YES ☐  NO ☑

C.R.W.'S Summary Of The Complaint: Detainee alleges that has been putting in several requests for the law library

C.R.W. Referred Griev. To: Law Library  Date Referred: 1 14 07

Response Statement: Detainee Harrison has been scheduled for Law Library Service according to his out date. Detainee Harrison provided Service January 2007 Two Sessions

_____  _____  Date 01/09/07  Div./Dept. Law Lib
(print name of individual responding to this griev.)  (signature of individual responding to this griev.)

_____  _____  Date: 1/11 07  Div./Dept. C-1
(print name of Supt. / Designee / Dept. Admin.)  (signature of Supt. / Designee / Dept. Admin.)

V. Alexander Asst. Adm.  V. Alexander Asst. Adm  Date: 1 / 9 / 07
(print name of Prog. Serv. Admin./ Asst. Admin.)  (signature of Prog. Serv. Admin./ Asst. Admin.)

Date Detainee Received Response: 1 / 16 / 07  Detainee Signature: Bobby L Harrison

### REQUEST FOR AN APPEAL

*APPEALS MUST BE MADE WITHIN 14 DAYS OF THE DATE THE DETAINEE RECEIVED THE RESPONSE*

Date Detainee Request For An Appeal: 1 / 16 / 07

Detainee's Basis For An Appeal: My request stand I was denied law-library. I was not call.

Appeal Board's Acceptance Of Detainee's Request:  YES ☐  NO ☑

Appeal Board's Reasoning / Decision / Recommendation To The Superintendent Or Administrator:

Original Response to Stand

Appeal Board's Signatures / Dates:

_____ 2-6-07  Ron DeRon 2-6-07  _____

Date Detainee Rec.'d the Appl. Bd.'s Response: 2 / 8 / 07  Detainee Signature: Bobby Lee Harrison

GRIEVANCE CODE(S): (____) (____) (____) (____)

(WHITE COPY – PROG. SERV.)  (YELLOW COPY – C.R.W.)  (PINK COPY – DETAINEE)  (GOLDENROD COPY – DIVISION/SUPT. OFFICE)



Part-A / Control #: _REQUEST_

Referred To: _Program Services_

# COOK COUNTY DEPARTMENT OF CORRECTIONS
# DETAINEE GRIEVANCE

Detainee Last Name: _Bobby Lee Harrison_  First Name: _Bobb Lee_

ID #: _2004_ - _0072892_  Div.: _10_  Living Unit: _2 D_  Date: _July / 6 /2007_

BRIEF SUMMARY OF THE COMPLAINT: _is Pretaining to the law library. My last visit was on
June 21,07 Which I usually get 2 Session a week on the Same day. I am indigent and I re-
quested Postages from the Clerk Mrs. Richardson, for my legal mail? She Said she would give me
Postages before, i left. When the first Session were over the Security officer told me I had to leave
because my wasn't on the second Session, I asked Mrs. Richardson, about the postages? She Said She
hadn't talk to this Social worker yet to Verify my account, and that she would Call me back the
next day for postages. I was not Called back the next day. I guess because we were put on
lock down. It's been over 2 weeks since I been to the law library. Today is July 6, 2007 and I
Noticed they called Some detainees from my deck 2 G to the law library, but my name wasn't Called.
I am Prose, in my criminal case, and I was mandated to the library by Judge Simmons around a
Year ago for 2 times a week. My time is Vaule in the lawlibrary. Due to the inadaquate services of
the lock-down I'm being deprived of basic Materials at my disposal which had become a threat to
me to Prepare for a Proper defense, an a denial of my Constitutional rights a violation of my 14th_

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:

_Amendment due Process of the law:_ **Charles Estes** _#200600XXX2_ / _James Gardner_ _2004003_

ACTION THAT YOU ARE REQUESTING:

_I am requesting to be let off lock-down because it have deprives me of Services. This Grievance
was treated as a request the last time. To be treating as an Grievance._

## DETAINEE SIGNATURE: _Bobby Lee Harrison._

C.R.W.'S SIGNATURE: _V. Butler_  DATE C.R.W. RECEIVED: _7 / /_

Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form.
All appeals must be made in writing and directly submitted to the Superintendent.

(WHITE COPY – PROG. SERV.)  (YELLOW COPY - C.R.W.)  (PINK COPY – DETAINEE)  (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

_"Note" This Grievance was written before, misplaced by officer Carvajal, now
I rewrote it. This placed before it were process._

Part-A / Control #: 2007 X 0264

Referred To: _Law Librarian_

# COOK COUNTY DEPARTMENT OF CORRECTIONS
# DETAINEE GRIEVANCE

Detainee Last Name: _Harrison_    First Name: _Bobby_

ID #: _2004 - 0072892_  Div.: _1_  Living Unit: _G2_  Date: _4 / 8 / 07_

BRIEF SUMMARY OF THE COMPLAINT: _This grievance is pertaining to the inadequate law library. I was mandated to the lawlibrary on oct 16, 2006 by Judge Simmons To be allowed to go twice per week, or atleast them for two section, which is one an a half hour per section. On March 21 and 22, 2007 I only shared 30 minutes of each Section, due to they was late Called me to the lawlibrary. The Computer in the lawlibrary has been broken down for around 3 months. The book is old and they only gose up to around 715, and pages are tored out of most of them. I am pro se in my Civil and Criminal Cases. I was not able to ___ motion and to Cite a Case that I needed for the Appellate court. librarian Mrs. Richardson, denied me of Copies of grievances for ___ on April 2, 2007. The deprivations that I have suffered due to ___ ___ and Mrs. Richardson, who has attempts to limits my use of ___ materials I am entitle to. I have had ___ ___ of the prison ___ The inadequate lawlibrary ___ have Carted me to lose a Civil ___ district Court and was limited me to the materials that I ___ ___ Court on March 25 and April 2, 2007. And ___ ___ of ___ that I needed for the Cook County Circuit Court in the month of ___ ___ Witnesses as following:_

Name _Sallethea Smith_        ID _20060085856_
Name _Patrick White_         ID _UCCC cc08-1778_
Name _James Gardner_         ID _2004 0053384_
                              Name:
Name: _Charles Hill #20050084808 | Raymond Nesbitt 20050029837_
NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:

ACTION THAT YOU ARE REQUESTING:
_To be Call on time, and for the lawlibrary to get books up date and fix the Computer._

## DETAINEE SIGNATURE: _Bobby Lee Harrison_

C.R.W.'S SIGNATURE: _Soc Worker Dean_    DATE C.R.W. RECEIVED: _4 / 13 / 07_

Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form. All appeals must be made in writing and directly submitted to the Superintendent.

(WHITE COPY – PROG. SERV.)   (YELLOW COPY – C.R.W.)   (PINK COPY – DETAINEE)   (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

_Note: This is not a request. This is a grievance asking the lawlibrary to call me on time and to get books up to date._

Part-A / Control #: _REQUEST_

Referred To: _Supt. X_

# COOK COUNTY DEPARTMENT OF CORRECTIONS
## DETAINEE GRIEVANCE

Detainee Last Name: **Harrison**          First Name: **Bobby**

ID #: **2004 - 0072842**  Div.: **10**  Living Unit: **Tier**  Date: **9 / 10 / 07**

BRIEF SUMMARY OF THE COMPLAINT: Is Pretaining to Officer Carvajal, for unprofessional behavior. In the Month of July, 07, I gave the Socialworker Mrs. Butter, 5 Grievance forms Pretaining important issues written on regular paper. Unfortunately, I never did received them back. I complained to Mrs. Butter, when I saw her. She said she returned my forms the next day so I could put my complains on proper grievance forms and we were locked in our cells, that she asked officer Carvajul, about letting her onto the deck so she could give me the forms. He Claimed to be too busy at the time to let her on to the deck, and that he would give me the forms. Mrs. Butter, said she handed the forms to officer Carvajal, in good faith, thinking he would give them to. Apparently, that not the case, we never did see them again. Mrs. Butter, said she asked 'him what did he do with the forms? Officer Carvajal, told her he didn't know. I asked the officer did he throw them away? He said no I didn't throw them away. I asked him what happened to them? The officer was inconsiderable, he just Sat there in his seat and ignored me.

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: 20090086917
( Mrs. Butter.)           ( Raudel PEREZ, My Celly)
Socialworker

ACTION THAT YOU ARE REQUESTING:

To Put this officer on restriction for his Negligence, and unprofessional behavior. You can ask Anyone on this deck about this officer, and no one have anything good to Say about him and to give back my legal paper

**DETAINEE SIGNATURE:** _Bobby Lee Harrison_

C.R.W.'S SIGNATURE: _V. Butter_          DATE C.R.W. RECEIVED: **8 / 14 / 07**

---

*Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form. All appeals must be made in writing and directly submitted to the Superintendent.*

(WHITE COPY – PROG. SERV.)   (YELLOW COPY – C.R.W.)   (PINK COPY – DETAINEE)   (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

DEAR Ms. Carroll, this is about the Socialworker Mr. Morales. This guy is rediculous. He have been our socialworker for 2-C Tier for around 2 months, and has not made an adequate measure in assisting detainees on 2 C Tier. He has only passed out postages on a few occasions. He will barely talk to the detainees when he come on the tier. The grievances we turned into him, he never return all of them. I've turned several grievance to Mr. Morales around a month ago, and I still have not receive all of my Copies back. For example, around January 19, 2008 Mr. Morales, called me down stairs to his office, to let me signed an appeal for the Dentcal. I asked Mr. Morales, what happen to the other grievances I gave him, the one about the shake-down, etc? He start looked through his drawer, and determined, that none of the grievances have been processed. He said I'll take care of it. Today, is february 10, 2008 and I still have not received those Copies. The detainees on 2C Tier have not re-Ceived their Copies either. I sent you a letter, and a grievance, filed against Mr. Moralse, with around 35 Signatures, around 3, weeks ago, asked you to ad-dress this issue, to process the grievance, and to return a Copy of the grievance and letter back to me. We have not heard from you. This is a serious matter and we expect for you to support this issue. Mr. Morales, told detainee Terry Brown, that he was afraid to come on 2-C deck, because he was threaten by a detainee. We know that Mr. Morales made up that excuse, to not to come on the deck. Ms Carroll, the detainees is always locked-up in their cells, when Mr. Morales come on the deck. We detainees have a Constitutional right of access to adequate assistance, from a socialworker. Not only have Mr. Morales, Violated the detainees rights, he have also Violated his duty, under the Constitutional Standards for not giving meaningful and effective assistance. On Feb 11, 08 I spoke to Mr. Morales, again in his office, I asked him what happen to the grievance I filed about the Deterninate bleed? He said, I don't know.

| N. | | ID | N. | | ID |
|---|---|---|---|---|---|
| N. | Brian Buchanan | ID 20060004248 | N. | Reginald S. Lane | ID. 20070022007 |
| N. | Haydell Roberson | ID 2006 0075 947 | N. | Roger Williams | ID. 20050017090 |
| N. | Elbert Brown | ID 20070071910 | N. | David Turner | ID. 2008000 1859 |
| N. | Jason Gill | ID 200700 33930 | N. | Glendel McKinny | ID 2006006 00092 |
| N. | Michael Oliet | ID 20060031632 | N. | Terrell Jones | ID 2005008027 |
| N. | Ocum Lee | ID 20060074474 | N. | M. Curtis Greer | ID 2005009 0113 |
| N. | Marvin Powell | ID 20060093225 | N. | Bobby L Harrison | ID 20040072892 |
| N. | Robert Harper | ID 20070001486 | N. | | ID. |
| N. | Andra Pattesa | ID 2006-0092197 | N. | | ID. |
| N. | Tracy Williams | ID 2006 0090044 | N. | | ID |
| N. | Charles Hill | ID 20050084868 | N. | | ID |
| N. | Jose Romero | ID 20030092847 | N. | | ID |
| N. | Timothy Smith | ID 20070086558 | N. | | ID |
| N. | Rafall Sanders | ID 2006007716? | N. | | |

Signature Bobby Lee Harrison = 20040072892

Part-A / Control #:_____X_____

Referred To: Mailroom Supervisor

☐ Processed as a request.

# COOK COUNTY DEPARTMENT OF CORRECTIONS
## DETAINEE GRIEVANCE

Detainee Last Nar                                    Bobby

ID #: 2004 - 007                                     Date: 12 / 10 / 07

BRIEF SUMMARY OI          need to          oing mails. Here in the
divison 10. We are                          g the Month of October
I was housing          Ratify          re pretrial detainees, and
2007. The mails                          anshed in any way.
I feel that we                          ng to outgoing mails
Here on 2-c dec          Too many          osted do not seat out
must be left un                          ders posted in the window
going mails. For          Issue          uestion is made that
do not seal ou                          , mails? personal my
authorized                          o be allowed to read or
opinion, I feel                          mails to be lost in the
censor this typ                          arrived at it destination
process. There                          m must not be sealing
the enverlopes                          oking with milk carton
the malls wh                          ing device for the
on 11-30-07 I                          food up from the Commi
I requested t                          port of this, because
long terms de                          s not penitentairy
sary or move                          this is not penitentairy
it affected my
However, I fe          NAME OF STAFF OR I          MPLAINT:
why are we n                          mails?
Everyone know                          r All detainees

ACTION THAT YOU A
To be able to seal our out going mails, because the officials should not
be allowed to read our outgoing mails, and we shouldn't have to suffered
the risk of our mails letter being lost. (I noticed one more thing the memoranders is not
signed on H-8 deck, pretaining the mails.

DETAINEE SIGNATURE: Bobby Lee Harris

C.R.W.'S SIGNATURE: V. Butler          DATE C.R.W. RECEIVED: 12 / 19 / 07

Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form.
All appeals must be made in writing and directly submitted to the Superintendent.

(2)   Request

Part-A / control #, _____ X

Referred To: _Program Service_

# COOK COUNTY DEPARTMENT OF CORRECTIONS
## DETAINEE GRIEVANCE

Detainee last Name: __HARRISON__ First Name: __Bobby__

ID#. 20040072842 _____ Div, _1_ Living unit _G 2_ Date June 16th 2007

Brief summary of the complaint: is about the law-library. I have a Court order to go to the law library twice a week. Last week Thursday June 12, 2007 I was only called to the law library for 1 time, and for 1 section. My Court order states for 2 day a week. The law library librarian, usually called me once a week, and give me 2 Section. I really doesn't have a problem with that. What I do have a problem with when I am only called once a week for one Section. On June 13, 2007 Mrs. Richardson, the law librarian told me that she will call me back for my second section on June 14, 2007. I would like to know why she did not call me back? I am Pro se, in my cases and it very importance that I get both section, and be on time. There, has been other occasions when I wasn't called for 2 section a week, and I filed Grievances an appeals Pretaining to this problem. I will appreciate if you will honor the Judge order. It an violation of my due process of the law to be deprived from the Materials at my disposal.

_____

_____

_____

_____

Name of staff or Detainee's having information Regarding this complaint.
Detainee Sherman Talton, ID 2006 0000242 he was standing there (witness)
Action that you are requesting:
To be called to the law library twice a week, or at lest 2 Section a week.

DETAINEE SIGNATURE: _Bobby Lee Harrison_

C.R.W. Signature: _Soc Worker Adam_ Date C.R.W. Received: 6/25/07 _____

"Note" (Copies on appeals)

Detainee Copy

Part - A / Control #. _____ X

Referred To: Supt

COOK COUNTY DEPARTMENT OF CORRECTIONS

DETAINEE GRIEVANCE

Detainee Last Name: Harrison  First Name Bobby

ID # 2004 0072892  Div. 1  Living Unit G-2  Date March 5 2007

Brief Summary of the Complaint  This grievance is pertaining to our dinner trays
which sit in the tunnels for hours after Central Kitchen delivers them.
I've seen times when I went to Cermak and the trays were sitting in
the tunnel and when I returned over a hour later they were still sitting
there collecting bacteria. Now I know why the trays are always cold
when delivered to the decks.
  I've written grievances on this issue before, but no response.
This is a health issue and it need to be address.
  Witnesses as following. Name _____ ID

Name: Charles Hill  ID 20050084808  Name: Paulin Rodriguez  ID 70050038475
Name: Ben Williams  ID 20050015588  Name: Bobby Harrison  ID 20040072892
Name: James Gardner  ID 20040053384  Name: _____  ID
Name: Patrick White  ID 20050081375  Name: _____  ID

"Note" I noticed when the trays are parked in front of the G-Well entrance
the carts gets rained on because it leaks there. Whenever the trays are
in the tunnel and it rains the carts always get wet, because it leaks through
out the tunnel.

Name of Staff or Detainee (s) having information Regarding this Complaint

_____

Action that you are requesting,
  For the trays to be delivering on time, and dry.

DETAINEE SIGNATURE  Bobby Lee Harrison

C.R.W. S SIGNATURE  Soc Worker Dean  3/23/07

Detainee
copy

### UPTOWN PEOPLE'S LAW CENTER
#### 4413 NORTH SHERIDAN • CHICAGO, IL 60640
773 • 769 • 1411     FAX  773 • 769 • 2224

August 24, 2007

#### *PRIVILEGED ATTORNEY-CLIENT COMMUNICATION*

Mr. Bobby Lee Harrison #20040072892
Cook County Department of Corrections
P.O. Box 089002
Chicago, IL 60608

### Re:  **Request for Assistance**

Dear Mr. Harrison:

    We received your letter asking for help with your civil rights case, criminal appeal, or other matter relating to your situation in prison.  Unfortunately, we are not in a position to assist you.  We are a very small legal clinic.  While we represent many prisoners, we get hundreds of letters asking for help, but unfortunately we can only help a very few people.  For your information, we do not practice criminal law—including appeals, habeas, post convictions, etc.

    Please be assured that our inability to help you does not mean that you do not have a good claim.  We are forced to turn down many claims which are both morally compelling and have a sound legal basis.  We simply do not have the resources to help everyone who needs help.  We are truly sorry that we will not be able to take on your case, but we simply do not have the time needed to properly represent you, and we do not want to commit to you that we would do something which we can not, in reality, do.

    If your question is about a case you want to bring challenging the way you are being treated in prison, be sure that you exhaust all administrative remedies.  With very few exceptions, federal law now requires that you complete the grievance process all the way through the ARB in Springfield.  If you do not do so, or if you miss any deadlines, then you risk of forever losing the right to bring a case.

    We are returning any documents you sent us.  ***We have not kept copies***.

    We wish you the best of luck.

Sincerely,

## Uptown People's Law Center

# LEGAL AND PRISONER SUPPORT RESOURCES LIST
### UPDATED 8/27/2004
## PRISON BOOK PROGRAM
**LUCY PARSONS CENTER AND BOOKSTORE**
**110 Arlington Street**
**Boston, MA 02116**

The following legal resources are organized alphabetically by major topic.

**PLEASE HELP US OUT:**

- Although phone numbers may be listed, the organization may not accept collect calls.
- **Please let these organizations know exactly what restrictions your prison places on packages of books (e.g. paperback only, maximum number, invoice or prior approval required, new or newish books only, etc.)**
- Help us keep the Legal Resources List updated. If you discover incorrect information, disappointing resources, or new things we should add, please let us know.
- Resources that are restricted to specific states are listed by state after all other sections.
- SASE = Send Self Addressed Stamped Envelope if listed under an organization's contact information.

## HEALTH CARE RESOURCES

NATIONAL COMMISSION ON CORRECTIONAL
HEALTH CARE
1145 W. Diversey Parkway
Chicago, IL 60614
http://www.ncchc.org
info@ncchc.org
773-880-1460
Committed to improving the quality of health care in jails, prisons, and juvenile confinement facilities.
Updated on 8/27/2004

## IMMIGRATION AND NATURALIZATION RESOURCES

U.S. CITIZENSHIP AND IMMIGRATION SERVICES
http://uscis.gov
800-375-5283
Local offices are available in all states.
Updated on 8/22/2004

## LEGAL RESOURCES

AMERICAN BAR ASSOCIATION
321 North Clark Street
Chicago, IL 60610
http://www.abanet.org
askaba@abanet.org
312-988-5000
One of the largest legal publishers in the United States.

Updated 8/27/2004

AMERICAN CIVIL LIBERTIES UNION
125 Broad Street, 18th Floor
New York, NY 10004
http://www.aclu.org/
Provides Civil liberties and legal information.
Updated on 8/16/2004

FEDERAL BUREAU OF PRISONS
320 First Street, NW
Washington, DC 20534
http://www.bop.gov
202-307-3198
Information on United States prison system.
Updated 8/22/2004

U.S. COMMISSION ON CIVIL RIGHTS
624 Ninth Street, NW
Washington, DC 20425
http://www.uscer.gov
publications@uscer.gov
202-376-8128
Updated 8/22/2004

US GOVERNMENT PRINTING OFFICE
Superintendent of Documents
PO Box 371954
Pittsburgh, PA 15250-7954
http://bookstore.gpo.gov
866-512-1800
Washington DC Area 202-512-1800
Fax: 202-512-2250
Write for Prisoner list of publications available for sale.
Updated on 7/23/2004

## PAROLE RESOURCES

THE GREATER ETHICS FOUNDATOIN
Free Parole Help Project
PO Box 498
Clarkston, MI 48347
Prisoners preparing to see the parole board should contact this group for valuable pre-release assistance at no cost. Some of the services offered are: Help finding affordable housing before release; Employment opportunities; College and vocational training contacts and financial aid assistance; Drug and alcohol abuse counseling and support; and Locating community support. Send SASE for more information.
Updated on 7/23/2004

THE SALVATION ARMY
Provides prisoner visits, parole, and probation programs.
Write to the office closest to your location below.
http://www1.salvationarmy.org
Updated on 8/16/2004

THE SALVATION ARMY
USA National
615 Slaters Lane
PO Box 269



# John Howard Association of Illinois

300 West Adams Street,  Suite 423  Chicago, IL 60606
Tel. 312-782-1901  Fax. 312-782-1902  www.john-howard.org

June 18, 2007

*Div. 10*

Mr.Bobby Lee Harrison 20040072892
Cook County Jail
P.O. Box 089002
Chicago, IL 60608

Dear Mr. Harrison:

We received your letter (undated) on 5/9/07 enclosing copies of eleven Grievances you
have filed between 9/25/06 and 2/18/07. You only enclosed two responses:  2006x1053
and 2006-1203  The Appeal Board granted both appeals.

We do not understand what assistance you need from our Association.  Please write to us
again with a specific description of the help you need.

Sincerely,

*James Sayles*
James Sayles
Program Coordinator

*This was Loss
in the U.S. Postal
Service*

*We are returning
to you
JHA*



PROCESSED

AUG  9 2007

Bob C. Warren
P.O. Box 9261
Wyoming, Mi. 49509

**EB**

Dear Sir/mam;

    I am writing to you because it was suggested by a state repetitive. I have found from experience that public officials will always find a way around an issue they don't want to deal with. That includs issues involving judges, cops & attorneys. This is one of those cases. I have also found that public officials & businesses will always change the issue and/or wording in a letter they get from a person who is writing about their concern about a given issue. That is the reason for me writing to you. I wrote to the state represntative about an issue he did not want to deal with and he passed the buck off on you. The issue. Judges having unlimited, unrestricted legal authority to issue any order they want to against a person who has done nothing wrong that could cause them irreparable harm for the rest of their life, or judges abusing their legal authority by issuing such orders. Such orders are improper, inappropriate, irresponsible & reck less and maybe illegal. That representative suggested I write to you because of the work you do involving legal issues. I know I am wasting my time/money because I know you will find a way around the issue.

    The issue is, judges ordering a person, who has not even been accused of any wrong doing, to give out personal, confidential & sensitive information about themselves & their family to another person just because that person asked for it. Information that has absolutely NOTHING to do with ANY court case. I do NOT believe any judge should have LEGAL authority to issue such an order. In fact I think it should be illegal by law. People, attorneys, uses court rules as a tool to get a court order to force people to give out such information. I wonder what the people who approves such court rules are thinking when they approve a court rule that would permit such action. They have GOT to be totally INSANE. Such court rules should be barred by law. Such court rules are there to benefit attorneys/court reporters.

    The reason this representative suggested I contact you is because I contacted him asking him to consider a bill to make such court rules and court orders illegal by law. He did exactly as I said above. He changed the wording of my letter and replied to his own verison of the letter. I don't know what you would have to do with court rules or judges conduct.

    I don't want to go into a great deal of details. However I know I do have to give you some information in order for you to help me if you can. My car was in a garage where over $1411 of illegal work was done on it. I filed a complaint against them. The case was between them and me. My wife & children had nothing to do with it. The ONLY issue was that they did illegal work on my car. They got an attorney who got a court order that I had to give her personal, confidential & sensitive information about my family and myself. The judge said that if I did not give them the requested information he would dismiss the case, which he did, with prejudice. My question here is, is there any way around such an order? The judge's excuse for the order was the defense had a legal need for the information. How could there be a LEGAL need to know my full name? The ONLY name they needed was the one in the garage & court file. How could they have a LEGAL need for my home address? The ONLY one they needed was the one in the court file. How could there be a LEGAL need for my D.O.B.? how could they have a LEGAL need for my SS#? How could they have a LEGAL need to know where I work or how much I make? How could they have a LEGAl need to know my wife's name & address? How could they have a LEGAL need to know my children's names, D.O.B. & addresses? How could they have a LEGAL need to know where I went to school and/or if I finished? How could they have a LEGAL need to know what doctors I go to , why & what they did? How could they have a LEGAL need to know about my sex life? I know you will find some way to defend that judge. I think he is bias/crooked and should be kicked off the bench. I am writing this letter knowing I will get a bias answer, if any at all. Did that judge act illegally by ordering me to give that information ou?

    In light of the fact, and it IS a fact, that the judge DID act improperly, inappropriately, irresponsibly & recklessly and maybe illegally which proves he is bias/crooked is there any way to get him kicked off the bench? I do NOT want to hear about getting him voted out because that is not possible. How many public officials/agencies would have LEGAL authority to do that? Who are they? I.E. would the governor have the

authority to do it? What would I have to do to get it done?

Thank you very much.

Respectfully yours

*Bob C. Warren*

Bob C. Warren

9-2-07

Dear Mr. Warren, this letter is pretaining to the Social worker Ms. Butler, and the Assistant Administrator Mrs. V. Alexander. To address my status, i'm still incarcerated in the Cook County Jail, and now housed in div. 10. 2-D. I am still Pro se, in my Criminal and Civil Cases. I am being denied legal Materials, and services at my disposal. I have made the Administrator aware of these issues before through the Administrative grievance board Procedure, Therefore, I was allowed to get Copies for a while. The Assistant Administrator Mrs. V. Alexander and our Social worker Ms. Butler, has denied detainees Copies of grievance forms. Ms. Butler; Said "she is not allowed to give us Copy of grievances". Mrs. V. Alexander, told the law-librarian Ms. Sankey, not to give us Copy of grievance forms. I need these Copies for my Civil Claim. My question is, how am I supposed to get Copies for my Civil Claim? Ms. Butler, has also denied me grievance forms, she said I filed too many grievances. My opinion is, this is the only way I can get the Administrative attendion through the grievance Procedure, when my Constitutional rights are being Violated. When I filed the grievances on regular Paper, she brought them back, said that she Can't Process the grievances on regular Paper. I am indigent and Ms Butler, denied me and other indigent detainees postages. Ms. Butler, Said we were locked in our Cells. She Come on the deck some time & sometime she want. On friday 31, 07 I saw her at the div. 10 dispensary. I spoke to her pretaining these Problems. She made no effort to give me grievance forms or postages. I have already written Mrs. Alexander, up, Ms Butler is next. This are ongoing issues and I will take it higher if these issues is not adequately addressed. Please Send me a Copy of my letter back for my records.

Respectfully Bobby Lee Hanson

"Note" (when I write Ms. Butler, up I will sent it to you for processing) re: forms Ms. grievance forms I could only get one Copy Arrivance said I send other detainees grievance forms Ms. Sankey Said her Supervisor she had refused On 9-1-07



**Defending Liberty
Pursuing Justice**

**AMERICAN BAR ASSOCIATION**   321 N. Clark Street
Chicago, Illinois 60610-4714

October 25, 2005

Bobby L.. Harrison #20040072892
Div 11 AH Christian Deck
PO Box 089002
Chicago, IL  60608

Thank you for taking the time to write.  Regretfully, we are unable to provide the type of assistance that you request, as the ABA is a national, voluntary professional organization.   The American Bar Association sponsors a number of programs to improve the justice system, but is not able to help people with specific legal problems or cases, as we do not provide legal advice.  The Association is also not able to refer you to an attorney.   In addition, we do not rank our members or provide information about their credentials to either the public or other members.

Following, please find a list of lawyer referral services around the United States for both hired lawyers and pro bono services.  Please inform the service of your specific needs so that they may direct you to the proper area..  Should you have any further questions or comments, please do not hesitate to contact the Service Center at 312 988 5522, or you mail email us at:  askaba@abanet.org

If you have complaints about an attorney, judge, or the justice system, please note that the only role that the ABA plays in lawyer discipline is to provide general recommendations and guidelines to state disciplinary authorities and courts for improvements in the disciplinary process.  We are therefore unable to help you with your grievance/disciplinary complaint.   The ABA has no jurisdiction and no authority over state bar associations.  Ultimate authority over lawyer discipline in each state lies with the supreme court of that state.   If you have a grievance, please contact the state agency using the enclosed directory. The Association does not address specific complaints because it has no power to investigate or intervene in matters involving individual lawyers.

*In closing, please note, that we have returned your documents with this response for your use if you need them.*  We wish you the best of luck in your future endeavors.

Best regards,

Regina King
ABA Correspondence Unit



**AMERICAN BAR ASSOCIATION**
321 N Clark Street
Chicago IL 60610
(800) 285.2221

**LAWYER REFERRAL & PRO BONO DIRECTORY INFORMATION**

**1.      If you need assistance in finding and hiring an attorney with appropriate expertise:**
Consult the closest program listed in our on-line list of public service lawyer referral programs at:
http://www.abanet.org/legalservices/lris/directory.html

Use the Lawyer Locator available from a link on the ABA Home Page,
LAWYER LOCATORS: Web address: http://www.abanet.org/home.html.  +  http://www.martindale.com/locator/home.html

You may also want to consider visiting the Martindale-Hubble homepage and use their excellent lawyer locator services:

MARTINDALE HUBBLE CONTACT INFORMATION:
web: http://www.martindale.com/xp/Martindale/home.xml
By telephone, between 9am - 5pm Monday - Fridays, EST, at
P: 800 526 4902 (toll-free) or / P: 908 464 6800 / F: 908 771 8704
E: listings@martindale.com

**2.      If you cannot afford to hire a lawyer:**
Contact the staff legal aid office in your area. Most such offices are funded through the federal Legal Services Corporation, and can be located by going to:

**LEGAL SERVICES CORPORATION**:   http://www.lsc.gov/

**Legal Services Corporation**
3333 K Street, NW, 3rd Floor
Washington, DC 20007-3522  / phone 202 295 1500 / fax 202 337 6797

In addition, a directory of Lawyers' Funds for Client Protection can be found at (by location):
http://www.abanet.org/cpr/clientpro/directories.html

**If you need to find a legal aid or have a complaint or grievance filing outside the USA, please contact the International Bar Association for their list of agencies:**

**International Bar Association**
**271 Regent Street, London W1B 2AQ, United Kingdom**
**Tel: +44 (0) 20 7629 1206   Fax: +44 (0) 20 7409 0456   http://www.ibanet.org/**

# OHIO JUSTICE POLICY CENTER

**BOARD OF TRUSTEES**
ALPHONSE GERHARDSTEIN
  President
PAUL DEMARCO
  Secretary
BARBARA GOULD
MAX LANGENKAMP
MELISSA GREEN
MARY LEVIN
MARK STAVSKY
KENYA PIERRE

617 Vine Street, Suite 1301
Cincinnati, Ohio 45202

(513) 421-1108
Fax: (513) 562-3200

contact@ohiojpc.org
www.ohiojpc.org

**STAFF**
DAVID A. SINGLETON
  Executive Director, Attorney at Law
JANET MOORE
STEPHEN JOHNSONGROVE
  Staff attorneys
SHEILA DONALDSON
  Office Manager, Paralegal
EMILY BARTH
  Paralegal
KATE HANISIAN
  Development Co-ordinator

29 May 2007

Mr. Bobby Lee Harrison #20040072892
Division I G2
PO Box 089002
Chicago, IL 60608

Dear Mr. Harrison,

Thank you for your recent letter. Unfortunately, we are unable to assist you. Because we know that prisoners have a hard time getting help, please let me take a moment to explain why we cannot assist you. We cannot help out of state prisoners. We are sorry about your health.

Ohio Justice & Policy Center is a small non-profit law office with limited resources. Because of our resource constraints, we cannot accept every case where there appears to be a denial of a person's rights. Instead, we must carefully select those cases that would be most valuable in helping the greatest number of prisoners. While we sympathize with your situation, we must focus our limited resources on issues that affect a larger number of inmates. I hope you understand.

Good luck, and take care.

Sincerely,

David A. Singleton
Executive Director

---

*If you have been convicted of a felony under state or federal law, you can vote in Ohio if you are not currently in prison serving a felony sentence. Ohioans can vote even if they are in jail awaiting trial, serving a sentence for a misdemeanor, or on probation, parole, or post-release control.*

National Prison Project
1875 Connecticut AVE
N.W. Suite 410
Washington, DC 20009

Mr. Bobby Lee Harrison
IO #. 20040092192
Cook County Jail
P.O. Box 089002
Chicago Illinois 60608.

My name is Bobby Lee Harrison, I am an detainee in the Cook County Jail, waiting trial.

I am writing to request your representation in a Civil right case Pretaining to unsanitary living Condition & being deprives of basic hygiene, etc.

I been incarcerated every since Sept. 7, 2004, and been housing in div. 1 old Max sence Sept 06. Div. 1 Old Max was built in 1929. Shelter and Sanitation Conditions falled below all rules Constitutional and Professional Standards. Old div. 1 max is inadequate to meet the health and safety needs of detainees. The living areas of old div. 1, are unfit for human habitation," that the shower are filthy with rust hanging from the ceiling, thick scum on the walls, Hair, bugs, slime, all kind of thick kraps on the floor, because the drain system don't work Proper and water and wasted are always standing on the floor. There are no hot water in the shower. The water are ice cold in the winter time and cold in the summer time to take an Comfortable shower. The filthness and the cold water limits detainees to fewer showels. It same detainees in Old div. 1 havent tooking shower in months, and some don't take a shower at all, which deprived detainees of basic elements, and threatens their physical, mental well-being. water often run from the ventilation Systems in the cell~rooms, existing heating and ventilation systems and radiator systems are incapable of Providing adequate temperature Control. The rats and insects come inconfect with detainees foods in their Cell-houces. Detainees had not have outside recti actions going on 2 months. The bedding used by detainees is heavily stained and soiled, and is not cleaned or Changed when a new detainee is assigned to a Cell, and detainees is not given any Cleaning gar to Clean their rooms, shower, or to wash their whites. And the old max do not Provide lungery Services to Clean detainees whites,Clothing exchanged every one to two weeks. The officials only issue out one state bar of soap and one role of tissue paper pre week to each indivial

officials have Prevented detainees from reciving recommended treatment, and denied Prevented detainees asCCess to medical treatment.

The food scevered to detainees is nutritionally inadequate, the same food is seavered over and over. They dont have an Kitchen food Service areas in div. 1 old Max. The food are prepared in another part of Cook Jail and delivered to div 1 old Max. There, it set in the tunnel for hours, before Servered to detainees. However, I work in div. 2 & div. 11 Kitchen and this is what I found Same Conditions in both of these areas are substantially similar to the unsanitary Conditions which exist in div. 1 old max living areas. The dish washer in both kitchens leaks water all over the floor. They called div 2, dietary water pools, big pools of water stand on the floor at altime. The dish-washers loss pression and the tempreature remained below stanards and the trays always come out driry. The floor drains system funnction poorly. Detainees had been Known to use the bathroom in the walk-in Coolers where food is stored. Rodent food is stored, rats, and insect infestation is extensive food service Sanitation. Detainees who work there are not givin basic instruction on food Protection and food are left uncoved on the floor of the walk-in storage Compartments, roaches flys and rats Comtaminate it. The county's do not Provide detainees with an examination before going to work in the Kitchens. Psychiatric Patients being on officials rock-down, Causing attemped suicides, banging on the steel walls, flooding their cells, etc. detainees Constitutional right have been Violated and Continuous being violated as a result of the Condition of Comfinement at old div. 1 Cook County Jail.

I have suffered injured from work in the Kitchen, and suffer injury from unsanitary Condition, I think I have a strong Class-action Claim Constitutional Violations. I would like seek money damages & injunctive relife lief

Anna Gardner 20040053384
Bree Williams # 20020601388
Emilian Rodriguez 2005003 8975
Charland Jon 20060010192

P.S. I think you for your time, and for Considering my case. I look forward to hearing from you. Please send me a copy of my letter back for my records. July 24, 2007

Bobby Lee Harrison

"Note" I have filed Grievances & appeals

8,31-07

Dear Mr. Muller, this letter is pretaining to the Socialworker Ms Butler, and the Assistant Administrator Mrs. V. Alexander. To address my letter, im still incarcerated in the Cook County Jail, and now housed in div. 10 2-D deck. I am still pro se, in my Criminal and Civil Cases. I am indigent and have no fund to buy legal Materials. I am being denied legal Materials and Services at my disposal. I have made the Administrator aware of these issues before through the Administrative grievance board proCedure, and was allowed to get Copies for a while. The Assistant Administrator Mrs. V. Alexander and our Socialworker Ms. Butler, has denied detainees Copy of grievance forms. Ms. Butler, Said She is not allowed to give us Copy of grievances, Mrs. V. Alexander, told the law-librarian Ms. Dunkey, Not to give us Copy of grievance forms, I need these Copies for my Civil Claim. My question is, how am I supposed to get Copies for my Civil Claim? Ms. Butler, has also denied me grievance forms, she Said I filed too many grievances, she also denied other detainees forms and they attemped to white her up. My opinion is, this is the only way I can get the Administrative attention through the grievance proCedure, when my Constitutional rights are beeing Violated. When I filed the grievance on regular paper she brought them back, Said that she Can not proCess the grievances on regular paper. We are being denied of these elments Postages, grievance forms, etc. Ms. Butler, Said we was locked in our Cells. I've noticed her Coming on the deck before. On Friday 31,07 I saw her at the div. 10 dispensary, I spoke to her pertaining to this situation. She made no effort to give me grievance forms or postages. I have already Written Mrs. Alexander up. Ms Butler, is next. This are ongoing issues and im not going to let these people go unChallenge, I'll take these Issues higher if it is not adequately addressed. Please send me a Copy of my letter back to me for my records. Thank You for Your time, and for Considering this problem. Respectfully Betty Harrison

Note: today Ms. Dunkey, Said her supervisor said I Could Any get one Copy grievance.

Ms. Dunkey, Said her supervisor Said one Copy is not enough to use.

9-1-07

Dear Ms. Corroll, this letter is pretaining to the Social worker Ms. Butter, and the Assistant Administrator Mrs. V. Alexander. To address my letter, im still incarcerated in the Cook County Jail, and now housed in div. 10.2 D. I am still Pro se, in my Criminal and Civil Cases. I am being denied legal Materials and Services at my disposal. I have made the Administrator aware of these issues before through the Administrative grievance board procedure. I was allowed to get Copies for a while. The Assistant Administrator Mrs. V. Alexander and our social-worker Ms. Butler, has denied detainees Copy of grievance forms. Ms Butter, said "She is not allowed to give us Copy of grievances". Mrs. V. Alexander, told the law-librarian Ms. Sankey, not to give us Copy of grievance forms. I need these Copies for my Civil Claim. My question is, how am I supposed to get Copies for my Civil Claim? Ms. Butler, has also denied me grievance forms, she said I filed too Many grievances, She's also denied others detainees forms and they attemped to write her up. My opinion is, this is the only way I can get the Administrative attention through the grievance procedure, when my Constitu-tional rights are being Violated. When I filed the grievances on regular paper She brought them back. Said that She Can't process the grievances on regular Paper. I am indigent and Ms. Butler, denied me and others indigent detainees postages Ms. Butler, said we were locked in our Cells. She come on the deck when she want to. On Friday 31, 07. I saw her at the div. 10 dispensary. I spoke to her pretaining this problems. She made no effort to give me grievance forms or postages. I have already written Ms. Alexander, up Ms. Butler, is next. This are ongoing issues and I will take it higher if these issues is not ad-equately addressed. Please send me a Copy of my letter back for my records. Thank you for your time, and for Considering these issues. on 9-4-07. Ms. Sankey, Said her Supervisor Said I Could get one Copy      Reseactfully Bobby Lee Lewis

# LOEVY & LOEVY
### ATTORNEYS AT LAW

Arthur Loevy
Jon Loevy
Michael Kanovitz
Jon Rosenblatt
Amanda Antholt
Matthew Jenkins

312 N. May Street
Suite 100
Chicago, Illinois 60607

Danielle Loevy
Kurt Feuer
Russell Ainsworth
Mark Loevy-Reyes
Samantha Liskow
Bradley Block

Telephone 312.243.5900
Facsimile 312.243.5902

Website: www.loevy.com
Email loevylaw@loevy.com

March 12, 2008

Lee Harrison
ID # 20040072892
P.O. Box 089002
Chicago, IL 60608

    *Re: Your request for legal representation*

Dear Mr. Harrison:

    This letter is to inform you that after reviewing your file, we are unfortunately unable to take your case.

    Please be advised that there are time limitations that govern the period in which a claim or lawsuit may be filed.  Such time periods depend on the cause of action you may wish to pursue. However, we encourage you to follow up with other attorneys <u>immediately</u> to ensure that all legal rights are fully explored and protected.

    We appreciate your decision to contact us, and wish you the best of luck in pursuing your claims.

                                        Sincerely,

                                        Anne Gottschalk

Innocence Project Northwest
University of Washington School of Law
  1100 NE Campus Parkway
  Seattle, WA 98105-6617

                                6-12-07

I am writing to request your representation in a civil suit.
 I been incarcerated Since Sept. 7, 2004. My Constitution rights
has been violated. I think I have a good case. I would
like to seek money damages & injunctive relief to prevent this from
 happened again. If you need more information you can contact
me here at the County Jail. My address is list below.


   Thank you for your time, and for ~~your~~ considering my case.


      Bobby   Lee  Harrison
      2004 007 2892
      Cook County Jail Div ~~3~~ One 20
      P.O. Box 089002




   I look forward to hearing from you soon, please send my letter back
   for my records.





# John Howard Association of Illinois

300 West Adams Street, Suite 423  Chicago, IL 60606
Tel. 312-782-1901  Fax. 312-782-1902  www.john-howard.org

March 23, 2007

Mr. Bobby Lee Harrison 20040072892
Cook County Department of Corrections
P.O. Box 089002
Chicago, IL 60608

Dear Mr. Harrison,

We received your letters dated 3/7/2007 and 3/11/2007. The 3/7/07 letter describes your medical treatment issue. The 3/11/2007 letter refers to conditions in Division 1.

You said you have filed Grievances on your medical issue. Please send us copies of the Grievances and decisions thereon.

As to the conditions in Division 1 that you mentioned you should file a Grievance on those issues.

Sincerely,

James Sayles
James Sayles
Program Coordinator

# Sternberg & Associates

*Attorneys At Law*

PO Box 5032
Skokie, Illinois 60077
**(773) 489-4900**

January 29, 2007

Mr. Bobby Lee Harrison
2004-0072892
P.O. Box 089002
Chicago, Illinois 60608

Mr. Harrison,

We have received your correspondence and thank you. Experience has taught that initial client interviews, are very helpful, but do not give the Attorney enough information to give intelligent and reliable advise. To give good counsel to a client it necessary that the Attorney be aware, have knowledge of, and give consideration to all available information, reports, evidence, statements and other things that relate to the case.

It is therefore our belief that before meeting at the jail, you might wish to consider having an Attorney study and conduct a preliminary investigation of your case in order to help insure that you are then given good and sound advice.

Know that we are not intimidated by the court or the state. We are very experienced in defending against criminal accusations and we make every effort to regularly communicate with our clients.

We understand the fact that the bars which incarcerate the soul can be worse than those of a jail. Though a lawyer may or may not be able to offer help obtaining the release of your person, whether behind bars or not, only you hold the key to releasing your soul, and that is by using the power and strength of your mind.

For information concerning our services we may be contacted at the above.

Respectfully,

Sternberg and Associates

Feb. 11 - 2007

Sternberg and Associates
   Attorney At Law
   P. O. Box 5032
   Skokie, Illinois 60077.

Mr. Bobby Lee Harrison
20040072842
Div. 1  G-2
P. O. Box 089002
Chicago, Illinois 60608.

Dear Sir, I have received your letter and thank for writing
me back. As you know my case pertaining Civil action agianst
Cook County. I have already filed a Pro Se 1983 form in the
United States District Court, My Claim Civil Action No. is 07C 0300.
Judge name: Kennelly, my opinion I have a good Case, and
now you can Check it out. I need an good Attorney like your
Self to take my Case and get it going in the right direction
If you like you can interview me here in the County Jail. If you
need more information Pertaining this matter, please
let me know.
I must add that I like your positive attitude toward the
Judicial System "Know that We are not intimidated by the Court or State"
An attitude of a Champion. A very good thing.


   Thank you for your time Kindness Consideration, and may God
   bless You.


                    Respectfully
                    Bobby Lee Harrison



Barry C. Scheck, Esq.
Peter J. Neufeld, Esq.
Directors

Maddy deLone, Esq.
Executive Director

Innocence Project
100 Fifth Avenue, 3rd Floor
New York, NY 10011
Tel 212.364.5340
Fax 212.364.5941

www.innocenceproject.org

May 30, 2007

Bobby Lee Harrison
20040072892
Cook County Jail
P.O. Box 089002
Chicago, IL  60608

Dear Mr. Harrison:

     The Innocence Project received a letter from you or a letter on your behalf.  Based on the information provided, we cannot assist you because it appears you are still involved in pre-trial, trial, or direct appeal proceedings. The Innocence Project only accepts postconviction cases.

Sincerely,

Huy Dao
Case Director

HD:ew-g

## LEGAL ASSISTANCE FOUNDATION
## OF METROPOLITAN CHICAGO

111 West Jackson Boulevard
Suite 300
Chicago, Illinois 60604-3502
312.341.1070 Phone
312.341.1041 Fax
312.431.1206 TDD
www.lafchicago.org

April 16, 2007

Mr. Bobby Lee Harrison
#2004-0072892
Div 1 G2
P.O. Box 089002
Chicago, IL 60608

Dear Mr. Harrison:

Please be advised that because of Congressional restrictions prohibiting the Legal
Assistance Foundation of Metropolitan Chicago and other grantees of the Legal Services
Corporation from participating in litigation on behalf of prisoners, the Legal Assistance
Foundation of Metropolitan Chicago no longer maintains a Correctional Law Project. You
will have to address future requests for assistance elsewhere.  Sorry we can't help.

Sincerely,

Richard Jay Hess
Attorney at Law

RJH:hc



*Equal Access to Justice*



### Center for Conflict Resolution

Bobby Lee Harrison
20040072892
Div. 1 G2
P.O. Box 089002
Chicago, IL 60608

Dear Mr. Harrison:

Unfortunately, the Center for Conflict Resolution cannot be of service in your case. Our organization provides only free mediation services, and does not provide legal representation, advice, or advocacy. I can refer you to the following organizations, which may be able to be of assistance.

Thank you,

Case Management Staff
Center for Conflict Resolution

Cabrini Green Legal Aid Clinic
206 W. Division Street
Chicago, IL 60610
(312) 266-7417

Legal Assistance Foundation of Chicago
111 W. Jackson Blvd, 3rd Floor
Chicago, IL 60604
(312) 341-1070

Chicago Lawyers Committee for Civil Rights Under Law
100 N La Salle Suite 600
Chicago, IL 60602
(312) 630-9744


I wish you the best of luck.

Sincerely,



Sharon Goott
Intake and Tenant Education Specialist

9-1-07

Dear Ms. Corroll, this letter is pretaining to the Social worker Ms. Butter, and the Assistant Administrator Mrs. V. Alexander. To address my letter, im still incarcerated in the Cook County Jail, and now housed in div. 10.2 D. I am still Pro se, in my Criminal and Civil Cases. I am being denied legal Materials and services at my disposal. I have made the Administrater aware of these issues before through the Administrative grievance board procedure. I was allowed to get copies for a while. The Assistant Administrater Mrs. V. Alexander and our social worker Ms. Butter, has denied detainees Copy of grievance forms. Ms Butter, said "She is not allowed to give us Copy of grievances". Mrs. V. Alexander, told the law librarian Ms. Sankey, not to give us Copy of grievance forms. I need these copies for my Civil Claim. My question is, how am I supposed to get Copies for my Civil Claim? Ms. Butter, has also denied me grievance forms, she said I filed too Many grievances, She's also denied others detainees forms and they attemped to write her up. My Opinion is, this is the only way I can get the Administrative attention through the grievance procedure, when my constitutional rights are being Violated. When I filed the grievances on regular paper she brought them back, said that she Can't process the grievances on regular paper. I am indigent and Ms. Butter, denied me and others indigent detainees postages. Ms. Butter, said we were locked in our Cells. She come on the deck when she want to. On friday 31, 07. I saw her at the div. 10 dispensary. I spoke to her pretaining theses problems. She made no effort to give me grievance forms or postages. I have already written Mrs Alexander, up Ms Butter, is next This are ongoing issues and I will take it higher if these issues is not adequately addressed. Please send me a Copy of my letter back for my Records Thank you for your time, and for Considering these issues. On 9-4-07, Ms Sankey, said her Supervisor said I could get one Copy    Researchfully Butter, her business grievance one Copy is not enough for court.

Senators Barack Obama,
230 S. Dearborn Street,
Ste, 7900;
Chicago, Illinois 60604.

9-24-06.
Date

Bobby LEE Harrison.
ID.20040672892.
Div. 1 - G.2.
P.O. Box 089602.
Chicago, Illinois 60608.

Dear Senators Barack Obama, I hope my letter will find your mind in peace, and body in good health. First to Congratululated you in your fine words, highest honor and degree's. First African - American President of the Harvard Law - Review & being an esmember of the executive bord of black law students Association &... representing Chicago South Side. I admired you for your amazing ability that God has blessing you with. You are a man of high principles and good Characters.

I am writing my letter Concerning legal help, advice & information about the Law. I've been incarcerated a little over two years in the Cook County Jail for a "Criminal Act" I am poor and needy under the "freedom of informations Act" I am a African - American man. I am 53 years old and a Veterans who served in the Armfoces United States Marine Corp.

My problem is the Judicial System since my incarceration. My Constitutional right has been violated numberous time by my Judge, my Cook County public defendant and the Cook County Jail. I was threating by my Judge when I asked to go pro-se, and I was misrepresentation by my public defendant since the beginning. and being violated by the Cook County Jail. I am in bad health and being housing on the medical deck in division one which was build in the Nineteenth hundred and the living Condition is very, very poor, no hot water, the beathroom is decates, the surrounding are filthy, mices are running all over the place and the venalation are bad no air is coming out.

Sir, will you please give me Some assistances on my Criminal and Civil Law Suit and if you may, please Send me books, forms, motion and information, etc. Anything that may help me in my Situration will greatfully appreciate. my address is listed in the above right hand Cornor. Sorry sir, to add to my Complaint it's corrided all around the Ceiling, bars, bed, and steel walls. When going back and fro. to Court the bull Pens and holding cells is always over Crowding and it's be so many detainces Packed into one cell until you can not hardly move around. when Coming in on the new and on Check down they makes everyone strip, squar and Cough and everyone are de-pived & exposed of their privacy. The officers also passed use razors out with hairstim them that has been re-Sealed in a Plastic bag. Sir, Please help me or refer me to Same. one.

I appreciate your time and Consideration

Respectfully

Bobby Lee Harrison.

P.s. I was transferred from Div. 11 to division 1 on 9-15-06 and I has not been issue a toilet yet, and today Saturday 9-23-06. When I asked the second Shift officers, they always says it not their job to issue hygienes, and that it was the first Shift officers job. I've asked the first Shift officers officer yousifo, and officer Celasari, and other officers that I do not remember their name. Day after

Please return a copy of my letter for my records.

American Bar Association PROCESSED
321 North Clark St
Chicago, Illinois 60610
AUG 9 2007
July 31, 07 EB

Mr. Bobby Lee Harrison
ID#. 20040072892
COOK COUNTY Jail
P.O. Box 089002
Chicago Illinois 60608.

My name is Bobby Lee Harrison, I am an detainee in the Cook County Jail. I am writing to request your representation in a civil right case pretaining to unsanitary living condition & being deprives of basic hygiene, materials, etc.

I been incarcerated every since Sept 7, 2004, and been housing in div. 1 old Max sence sept 06. Div. 1 old Max was built in 1929. Shelter and Sanitation conditions had felled below all rules Constitutional and Professional Standards. Old div. 1. Max is inadequate to meet the health and Safety needs of detainees. The living areas of old div 1. are unfit for human habitation. The Shower are filthy with rust hanging from the Ceiling, thick scum on the walls, hair, bugs, slime, all kind of kraps is on the floor, due to drain system don't work proper. There are no hot water in the Shower detainees have to take Cold Showers which limits detainees to fewer showers. Water often run from the ventilation system in the cells, existing heating and Ventilation Systems and radiator systems are incalable of providing adequate temperature control. Old paint pilling off the cell walls. Rats and insect contampnated the detainees food in their cells. The bedding used by detainees is heavily stained and soiled, and is not cleaned or changed when a new detainee is assigned to the cell, and detainees in not givin any cleaning gar to clean their own rooms, shower or to wash their clothing. and the county do not provide services to clean detainees whites. The officials only issue out State, bars State bar of soap and one role of tissue paper pre week to each indiviual. The county is known to beats the detainees, and have a history stadding and frighting. There was an incident on G2 on June 20, 07. Blood were left on the floor. The Sgt. order everyone to strip butt nake, and ordered the detainees to picked up their shoes and walk through the blood bare foot. Psychiatric patients being on officials lock down, causing attemped suicides, banging on the steel walls, flooding their cells. our rights have been violated and continuously being violated. I have suffered injured I have a strong class action claim Constitutional violations, I would like to seek money damages



# Lawyers' Committee for Better Housing, Inc.
## 220 S. State St., Suite 1700 Chicago, IL 60604
## (312) 347-7600 Fax (312) 347-7604 lcbhoffice@sbcglobal.net

April 12, 2007

Bobby Lee Harrison
ID 20040072892
Div.1 G2
Po Box 089002
Chicago, IL 60608

Dear Mr. Harrison,

        Thank you for your inquiry. While we appreciate the seriousness of your
situation, unfortunately we are not able to be of assistance. Our agency does not handle
any criminal cases, and the only civil cases we handle are housing cases, mostly
evictions.
        While I am not aware of any group that specifically works on your issues, here are
a couple of places that you could try:

Chicago Bar Assocation –
321 S. Plymouth Court
Chicago, Illinois 60604-3997
Phone: (312) 554-2000
Fax: (312) 554-2054

Cabrini Green Legal Clinic
206 W Division St.
Chicago, IL 60610
312-266-1345

Uptown Peoples Law Center
4413 N Sheridan Rd
Chicago, IL 60640
(773) 769-1410

Lovey and Lovey
312 N May St Suite 100
Chicago, IL 60607
(312) 243-5900

American Bar Association
321 North Clerk Street
Chicago, Illinois 60610 - 4714.

Bobby Lee Harrison
ID. 2004001 2892
Div. 1 G2
P.O. Box 089002
Chicago, Illinois 60608.

Dear Sir, or to whomever it may concern. I has been incarcerated every since Feb 7, 2007 for an Crimnal Act. I am a 54 years old and served in the united S. Marine Corp in the early 70's. I am indegent and have No fund. I am representing myself in Crimnal & Civil I am searching for a Bar-Association or some tips of lawyer to represent me in Civil and Crimnal. Sir, if you have a list of lawyers who help the poor, please send the list to me here in the Cook County Jail.

PROCESSED

PROCESSED

Thank You for your time and Consideration.

Respectfully,

Ms. Rhohanda Carroll, Program Services
Gook County Department of Corrections
2700. S. California Avenue
Chicago, IL 60608

Bobby Lee Harrison
20040672842
Div. 1. 1 B
P.O. Box 049002
Chicago Illinois 60608

OCT. 17, 2007

Dear Mrs/Ms. __Carroll__ this letter is pretaining to the divison & Libraran Mrs/Ms Maretta C. Lake. I am being harrassed by her consequently she are interfering in the Legal process. For example, on Oct 12, 2007 I was called to the divison & Law library, There, I spoke to the Law library Clerk Ms Lake about getting a rehearing motion notarize for the Supreme Court of Illinois. Ms Lake said what good is that going to do, that the Supreme Court had already denied your Motion. I said I have the right to file a rehearing motion. She said I also know the mandate will be issue to the Applate Court on Nov. 1, 2007. I asked her how did she know that? She smile and said I've been checking up on you, that I am working on you a court date right now, that you are going back before Judge Simmons. I said what do you have to do with my Court date. She smile agian and said you're see. On Oct. 15, 2007 I appeared before Judge Simmons. Unexpected, Judge Simmons, really didn't know the status of my case. The states Attorney immediately spoke up and said your honor the Supreme Court denied Mr. Harrison, motion for Leave to appeal on sept 26, 2007, that the Supreme Court of Illinois will issue the mandate to the Appellate Court on Nov. 1, 2007. Judge Simmons said I'll wait until the mandate is issue, and I will set the defendant a court date. I told Judge Simmons, that Ms Lake, said she was working on me a court date. I asked the Judge what do the Jail Clerk got to do about getting me a court date? Judge Simmons said the Jail Clerk have nothing to do with getting you a court date.

My belief is Ms. Lake is elabarating with the States Attorney's harrassing me out evil intent, because I wrote her up before around a year ago, and she also knows about the Law suit I filed on the Law libraries. On Oct. 6, 2007 she made me some photo copies of the suit, I've noticed her reading the materials. Action need to be taking against this lady for harrassing me. I'm taking her to court for harrassing me for interfering in the legal process.

        Response:

Please return me a copy of my letter for my personal records. Thank you for your time and for considering this matter. I'm looking forward to hearing from you soon.

R.

Bobby Lee Harrison
2004067 2892
Div. 1. 1R
P.O. Box 089002
Chicago Illinois 60608

OCT, 17, 2007

Dear Mrs/Ms. V. ALEXANDER    this letter is pretaining to the divison 9
Libraran Mrs/Ms Maretta C. Lake. I am being harrassed by her consequently
She are interfering in the Legal process. For example, on Oct 12, 2007 I was
Called to the divison 9 Law library. There, I Spoke to the Law Library Clerk
Ms Lake about getting a rehearing motion notarize for the Supreme Court of
Illinois. Ms Lake said what good is that going to do, that the Supreme Court
had already denied your Motion. I said I have the right to file a rehearing
Motion. She said I also know the mandate will be issue to the Applate
Court on Nov. 1, 2007. I asked her how did she know that? She smile and
said I've been checking up on you, that I am working on you a Court
date right now, that you are going back before Judge Simmons. I said
What do you have to do with my court date? She smile again and said you're
See. On OCT. 15, 2007 I appeared before Judge Simmons. Unexpected?
Judge Simmons, really didn't know the status of my case. The States
Attorney immediately spoke up and said your honor the Supreme Court
denied Mr. Harrison, motion for Leave to appeal on Sept 26, 2007, that
the Supreme Court of Illinois will issue the mandate to the Applate
Court on Nov. 1, 2007. Judge Simmons said I'll wait unbil the man-
date is issue, and I will set the defendant a Court date.
I told Judge Simmons, that Ms Lake, said she was working on me
a Court date. I asked the Judge what do the Jail Clerk got to
do about getting me a Court date? Judge Simmons said the Jail Clerk
have nothing to do with getting you a Court date.
My belief is Ms. Lake is elabarating with the States Attorney's
harrassing me out evil intent, because I wrote her up before
around a year ago, and she also know about the Law suit
I filed on the Law libraries. On Oct. 6, 2007 She made me some
photocopies of the suit, I've noticed her reading the materials.
Action need to be taking against this lady for harrassing me.
I'm taking her to Court for harrasing me for interfering in
the Legal process.

Response:

Pease return me a copy of my letter for my personal records. Thank You for your time
and for considering this matter. I'm looking forward to hearing from you soon.

Up Town People Law Center
4413 N. Sheridan Rd.
Chicago, IL 60640

Conditions
CNA

X

Mr. Bobby Lee Harrison
Io #. 2004 0072592
Cook County Jail
P.O. Box 089002
Chicago Illinois 60608.

My name is Bobby Lee Harrison, I am an detainee in the Cook County Jail, waiting trial.

I am writing to request your representation in a Civil right Case Pretaining to unsanitary living Condition & being deprives of basic hygiene, etc.

I been incarcerated every since Sept. 7, 2004, and been housing in div. 1 old Max Sence Sept 06. Div. 1 Old Max was built in 1929. Shelter and Sanitation Conditions falled below all rules Constitutional and Professional Standards. Old div. 1 max is inadequate to meet the health and Safety needs. of detainees. The living arens of old div. 1. are unfit for human habitation," that the shower is filthy with rust hanging from the Ceiling, thick scum on the walls, Hair, bugs, Slime, all Kind of thick Kraps on the floor, because the drain System don't work Proper and water and wasted are always standing on the floor. There are no hot water in the shower. The water are ice Cold in the winter time and cold in the summer time to take an Comfortable Shower. The filthness and the Cold water limits detainees to fewer showers. It some detainees in Old div. 1 havent tooking shower in months, and Some don't take shower at all, which deprived detainees of basic elements, and threatens their physial, mental well-being. water often run from the ventilation systems in the Cell-rooms, existing heating and ventilation systems and radiator systems are incapable of Providing adequate temperature Control. The rats and insects Come in confect with detainees foods in their Cell-houses. Detainees had not have outside recti actions going on 2 months. The bedding used by detainees is heavily stained and soiled, and is not cleaned or Changed when a new detainee is assigned to a Cell, and detainees is not given any Cleaning gar to Clean their rooms, Shower, or to wash their whites. And the old max do not provide lungery services to Clean detainees whites, Clothing exChanged every one to two weeks. The officials only issue out one state bar of soap and one role of tissue paper pre week to each indiviual

Officials have Prevented detainees from reciving recommended treatment, and denied prevented detainees uscess to medical treatment.

The food seavered to detainees is nutritionally inadequate, the same food is seavered over and over. They don't have an kitchen food service areas in div. 1 old Max. The food are prepared in another part of Cook Jail and delivered to div 1 old Max. There, it set in the tunnel for hours, before seavered to detainees. However, I work in div. 2 & div. 11 kitchen and this is what I found Same Conditions in both of these areas are substantially similar to the unsanitary Conditions which exist in div. 1 old Max living areas. The dish washer in both Kitchens leaks water all over the floor. They Called div 2. dietary water Pools, big pools of water stand on the floor at altime. The dish-washers loss pression and the tempreature remained below Standards and the trays always Come out dirty. The floor drains System function poorly. Detainees had been Known to use the bathroom in the walk-in Coolers where food is stored. Rodent food is Stored, rats, and insect infestation is extensive food service sanitation. Detainees who work there are not givin basic instruction on food Protection and food are left uncoved on the floor of the walk-in storage compartments, roaches flys and rats Comtaminate it. The County do not provide detainees with an phy examination before going to work in the Kitchens Psychiatric Patients being on officials lock-down, Causing attemped suicides, banging on the steel walls, flooding their cells, etc. detainees Constitutional right have been violated and Continuous being violated as a result of the Condition of Comfinement at old div. 1 Cook County Jail.

I have suffered injured from work in the Kitchen, and suffer injury from unsanitary Condition. I think I have a strong Class-action Claim Constitutional violations, I would like seek money damage & injunctive relif relief.

Como Gardner    2004005384
Bree Williams    2003601588
Anselim Rodriguez    2005003 8975
Cherdson Oston    2000060102

P.S. I think you for your time, and for Considering my Case
I look forward to hearing from you. Please send me a copy of my letter back for my records. July 24, 2007

"Note" I have filed Grievences & appeals

Bobby Lee Harrison
#2004007292

*A program of the Bluhm Legal Clinic*

# The MacArthur Justice Center



LEGAL DIRECTOR AND
CLINICAL ASSOCIATE PROFESSOR
Locke E. Bowman
312.503.0844
l-bowman@law.northwestern.edu

CLINICAL ASSOCIATE PROFESSOR
Joseph Margulies
312.503.0890
j-margulies@law.northwestern.edu

BOARD OF DIRECTORS
Solange MacArthur
John R. MacArthur
James Liggett

GENERAL COUNSEL
David J. Bradford
One IBM Plaza
Suite 4400
Chicago, IL 60611
312.222.9350
djbradford@jenner.com

August 13, 2007

## <u>CONFIDENTIAL LEGAL MAIL</u>

Bobby Lee Harrison
20040072892
P.O. Box 089002
Chicago, IL. 60608

Dear Mr. Harrison,

Thank you for your letter asking for help with your individual situation.

The MacArthur Justice Center is a small public interest law firm that is devoted to litigating cases that may impact the operation of the criminal justice system. Unfortunately, we are not able to help in every situation, even where claims seem legitimate and serious.

Thank you for writing. We wish you the best of luck.

Sincerely,

Alex Sierra
Legal Assistant

Northwestern University School of Law
357 East Chicago Avenue
Chicago, Illinois 60611-3069
312.503.1271; fax 312.503.1272
www.law.northwestern.edu

You may also want to write to the

> John Howard Association For Prison Reform

> 300 West Adams Street

> Chicago, IL    60606

Perhaps they can help you with a list of criminal attorneys

you want.

Chicago - Kent College of law
Illinois Institute of Technology
In - House Practice Areas
565 W. Adams street
Chicago, IL 60661-3691
312 906 - 5000

Northwestern University Bluhm Legal Clinic
North Western University School of Law
357 E. Chicago Avenue
Chicago, IL 60622
312 503 - 3160



**PRESIDENT**
Kimball R. Anderson
Winston & Strawn LLP

**VICE-PRESIDENT**
Stephen B. Libowsky
Howrey LLP

**SECRETARY**
Maureen A. Mosh
Northern Trust

**TREASURER**
James A. Rolfes
Reed Smith LLP

**BOARD OF DIRECTORS**
*The Officers And:*
Myles D. Berman
Foley & Lardner LLP
Barbara B. Bressler
DePaul University College of Law
Karen A. Clanton
Perkins Coie LLP
Frederick H. Cohen
Goldberg Kohn
Colleen Connell
Roger Baldwin Foundation ACLU
Thomas R. Dee
Vedder, Price, Kaufman & Kammholz, P.C.
David Diamond
Northwestern University School of Law
Arthur Don
Seyfarth Shaw LLP
Thomas J. Dorris
Francis Beidler Foundation
J. Timothy Eaton
Shefsky & Froelich Ltd
David T. Eric
Kirkland & Ellis LLP
Scott B. Feder
Locke Lord Bissell & Liddell LLP
Paul J. Gaynor
Office of the Illinois Attorney General
David B. Goroff
Foley & Lardner LLP
Adam E. Gross
Business and Professional People
 for the Public Interest
Richard J. Hess
Legal Assistance Foundation of Metro Chicago
Donald B. Hilliker
McDermott Will & Emery LLP
Anthony G. Hopp
Wildman, Harrold, Allen & Dixon LLP
Christopher J. Horsch
Shorebank Corporation
Michael J. Koenigsknecht
Michael J. Koenigsknecht & Associates LLC
Bradley C. Lane
Brinks Hofer Gilson & Lione
Gary Laser
Chicago-Kent College of Law
Erin McCloskey Maus
Baker & McKenzie LLP
Mark S. Melickian
Drinker Biddle & Reath LLP
Clyde E. Murphy
Chicago Lawyers' Committee
 for Civil Rights Under Law
Jennifer T. Nijman
Winston & Strawn LLP
Terrance A. Norton
Sonnenschein Nath & Rosenthal LLP
Mary Ann O'Connor
JPMorgan Chase & Co.
Richard F. O'Malley, Jr.
Sidley Austin LLP
Damian Ortiz
John Marshall Law School
Roger Pascal
Schiff Hardin LLP
George T. Plumb
DLA Piper US LLP
Nancy J. Rich
Katten Muchin Rosenman LLP
Lee Ann Russo
Jones Day
Eric A. Sacks
Jenner & Block LLP
Kaarina Salovaara
U.S. Department of Justice
Edward V. Sommer
Chapman and Cutler LLP
Nikki Will Stein
Polk Bros. Foundation
Allan P. Walker
Greene and Letts
Benjamin C. Weinberg
Office of the Illinois Attorney General
Joseph N. Wharton
Skadden, Arps, Slate, Meagher & Flom LLP

**LIFE DIRECTORS**
John E. Clay
Nancy Felton-Elkins
Jerome Gibson
Dolores K. Hanna
Roslyn C. Lieb
Jay A. Miller
Thomas H. Morsch

**INTERN/FELLOW REPRESENTATIVES**
Patrick C. Gallagher, 2007 Fellow
J'Anne D. Hall, 2006 Fellow
Jill E. Roberts, 2007 Intern
Cathy Yu, 2006 Intern

**EXECUTIVE DIRECTOR**
Susan J. Curry

March 14, 2008

Mr. Bobby Harrison
#20040072892
P.O. Box 089002
Chicago, IL 60608

Dear Mr. Harrison,

We received your recent letter requesting legal services from the Public Interest Law Initiative (PILI). Although PILI does not provide direct legal services, we are including a resource brochure entitled *"Where to Go for Legal Assistance in or Around Chicago."* Depending on your legal needs, we are hopeful that some of these outstanding local legal service agencies may be able to assist you.

We wish you the best of luck.

Sincerely,

Public Interest Law Initiative



# THE CHICAGO BAR ASSOCIATION

321 S. Plymouth Court
Chicago, Illinois 60604-3997
Tel (312) 554-2000
Fax (312) 554-2054
www.chicagobar.org

OFFICERS

Michael B. Hyman
PRESIDENT

Kevin P. Durkin
FIRST VICE PRESIDENT

Victor P. Henderson
SECOND VICE PRESIDENT

Anita M. Alvarez
SECRETARY

Hon. E. Kenneth Wright Jr.
TREASURER

Steven F. Pflaum
GENERAL COUNSEL

October 13, 2005

Bobby L. Harrison
Div. 11- A.H. Christian Deck
P.O. Box 089002
Chicago, IL 60608

Dear Mr. Harrison:

Thank you for your recent letter seeking advice and assistance from The Chicago Bar Association. Unfortunately, we at The Chicago Bar Association are unable to give advice or legal help to individuals. We instead, through our referral service, can refer people to experienced private attorneys when they wish to retain one and can afford to pay regular attorney's fees. There would be a $20 fee for The Chicago Bar Association, which is to be paid at the time of the initial consultation with the lawyer referred and then the lawyers all charge regular rates for their time and services.

If you wish to be referred to a private attorney, you may contact our Lawyer Referral Service during normal business hours at 312-554-2001 or use our web site to obtain a referral at any time, www.chicagobar.org. **All of the attorneys we make referrals to are located in the Chicago area.**

Additionally, you may write back to our service and indicate whether or not you are able to afford a private attorney, and if so, make a request for the name and phone number of an attorney to be forwarded to you so that you could contact them directly to determine whether they would be able to assist you. **The Chicago Bar Association Lawyer Referral Service does not make reduced-fee or pro bono referrals.**

For free or low-cost legal assistance, you should contact:

CARPLS                          OR          Cabrini Green Legal Aid Clinic
17 N. State St.                              206 W. Division St.
Suite 1850 Chicago, IL 60602                 Chicago, IL 60610
(312) 738-9200                               (312) 266-1345

The Chicago Bar Association Lawyer Referral Service

**BOARD OF MANAGERS:** Joy V. Cunningham • Carolyn D. Amadon • Julie A. Bauer • Joel T. Daly • Daniel F. Gallagher Mia P. Jiganti • Hon. William D. Maddux • Leonard Murray • Hon. Rebecca R. Pallmeyer • Kalina M. Tulley • Daniel A. Cotter Jerry A. Latherow • Thomas P. Luning • Royal B. Martin • Hon. Patricia Mendoza • Peter V. Mierzwa • Martha A. Mills • Allen P. Walker

Terrence M. Murphy, Executive Director Benjamin M. Manaloto, Controller

# LOEVY & LOEVY

### ATTORNEYS AT LAW

Arthur Loevy
Jon Loevy
Michael Kanovitz
Jon Rosenblatt
Amanda Antholt
Matthew Jenkins

312 N. May Street
Suite 100
Chicago, Illinois 60607

Danielle Loevy
Kurt Feuer
Russell Ainsworth
Mark Loevy-Reyes
Samantha Liskow
Bradley Block

Telephone 312.243.5900
Facsimile 312.243.5902

Website: www.loevy.com
Email loevylaw@loevy.com

January 2, 2008

**CONFIDENTIAL LEGAL CORRESPONDENCE**
Bobby Lee Harrison
ID # 20040972892
Div. 10 2-C
PO Box 089002
Chicago, IL 60607

Re: *Your request for legal representation*

Dear Mr. Harrison:

This letter is to inform you that after reviewing your file, we are unfortunately unable to take your case. We would instead like to refer you to the John Howard Association, their address is: 300 Adams St., Ste. 423, Chicago, IL 60606, phone number: 312-782-1901.

Please be advised that there are time limitations that govern the period in which a claim or lawsuit may be filed. Such time periods depend on the cause of action you may wish to pursue. However, we encourage you to follow up with other attorneys immediately to ensure that all legal rights are fully explored and protected.

We appreciate your decision to contact us, and wish you the best of luck in pursuing your claims.

Sincerely,

Anne Gottschalk



**Defending Liberty
Pursuing Justice**

AMERICAN BAR ASSOCIATION

F I N D L E G A L H E L P . (

**Home**

[ Find a State ]

**Learn More About:**

- Hiring a Lawyer
- Using a Lawyer
- Paying a Lawyer
- Finding Free Help
- Helping Yourself
- Getting Information
- Legal Terms

## Consumers' Guide to Legal Help
## Pro Bono

### Illinois

### Statewide

*Mr. Bobby Lee Harrison
ID. 2604007 2842.
DIV. II - A H
P.O. Box 089002
Chicago Illinois 60608*

X **American Jewish Congress Midwest Region Legal Program**
*City:* Chicago
*State:* IL
*General Phone:* 312-332-7355
*Fax:* 312-332-2814
*Counties Served:* Cook And All Midwestern States
*Case Types:* Adoption, Bankruptcy, Consumer, Custody, Dissolution of Marriage, Education, Elder Law, Employment, Health, Housing, Immigration, Individual Rights, Public Benefits, Real Estate, Termination of Parental Rights, Torts, Wills and Estates
*Case Restrictions:* No fee generating cases accepted by legal clinic
*Web Site:* http://www.ajc.org

**Chicago Legal Aid to Incarcerated Mothers CLAIM**
*Primary Address:* 205 W Randolph St, Ste 830
*City:* Chicago
*State:* IL
*Zip:* 60606-1815
*General Phone:* 312-332-5537
*Fax:* 312-332-2570
*Counties Served:* Cook
*Case Types:* Custody, Dissolution of Marriage, Individual Rights, Juvenile, Termination of Parental Rights
*Case Restrictions:* Imprisoned or formerly imprisoned parents, and the guardians they designate for their children.
*Web Site:* http:\\www.C-L-A-I-M.org

**The Roger Baldwin Foundation of ACLU, Inc.**
*Primary Address:* 180 N Michigan Ave, Ste 2300

# centerforconstitutionalrights

666 broadway new york. ny 10012
212.614.5464 www.ccr-ny.com

Dear Friend,

Thank you for your letter. The Center for Constitutional Rights is a non-profit legal and educational organization dedicated to advancing and protecting the rights guaranteed by the United States Constitution and the Universal Declaration of Human Rights. Most of our cases are large class-action law suits designed to challenge government or corporate misconduct that affects large numbers of people.

Although we can't represent you, we are happy to be able to provide you with the enclosed Jailhouse Lawyer's Handbook to aid you in case you decide to file a law suit yourself, challenging your treatment. We hope that you find it to be both a solid, informative resource, and an accessible introduction into filing Section 1983 suits, your constitutional rights in prison, and legal research in general. It is a free publication, to be copied and shared with fellow prisoners, family members and friends. Knowledge is power, and we hope you let others know about the Handbook. If you know people on the outside who are interested in obtaining a copy, they can download one from www.jailhouselaw.org or www.ccr-ny.org.

As you start reading the handbook, please pay special attention to pages 36 and 37, in chapter A. These sections lay out very important information about statutes of limitation and exhaustion of the prison grievance system – if you don't comply with these requirements, you may lose your chance to sue about unfair treatment.    Good luck!

Sincerely,

Center for Constitutional Rights