Clerk of The U.S. District Court
Prisoner Correspondence
United States Court House
219 South Dearborn Street
Chicago Illinois 60604

(1)
08CV2140
April 21, 2008

(Case #. 08CV2140)
Returned on April 21, 2008.

Bobby Lee Harrison
2004 057 2892 /MHN
Div. 10 2C
P.O. Box 089002
Chicago Illinois

**FILED**
APR 24 2008
4-24-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Dear Clerk: OR Whomever it's May Concern.

The Application to proceed in Forma Pauperis, was returned to me today from your office. The box was marked materials contains no case no#. That because the Application was mailed around the same time I submitted my Complaint on the Cook County Law library and at that time I had no case number. It was a delay in the Mail, because some of the Materials was returned to for lack of postages. I also noticed that the first time the Forma Paupers was attempted to mail to me, it returned back to your office, because the ID #. was incorrect. What I noticed on the first return mail, that it was a two added to my ID number to make it complete. 2064 057 289② in (red). My Address is still the same and my name is still the same Bobby Lee Harrison, and it sometime spelled Bobble Lee Harrison, which is the same person. My way of spelling my name is always been Bobby Lee Harrison. I thought I would bring that to your attention to prevent an future error. (Note) The forma pauperis was mailed separated from my Complaint, because I forgot to added it with the Complaints.

Thank you for your time and for considering this matter. I am sorry for the inconvenience.

Bobby Lee Harrison
Respectfully Submitted

CLERK OF THE U.S. DISTRICT COURT
Prison Correspondence
United States Court house
219 South Dearborn Street
Chicago, Illinois 60604.

Bobby Lee Harrison
#20040072892,
Div. 1.  1-B
P.O box 089002
Chicago Illinois 60608.

OCT. 23, 2007.

08 C 2140

Dear Clerk, My name is Bobby Lee Harrison, brith Dec. 26, 1952. I been incarcerated in the Cook County Jail for 3 years & 16 days from the above date.
I am Pro se, in my Civil, and Criminal Cases. This Complaint is on the Cook County Law libraries for deprivation. I am indigent, and the Law librarans have denied me basic Materials at my disposal, which causing me an injury, and have hendered me in preparing a proper defense in my Cases. The denial Consisted of postages photocopying, inadequate services, inadequate books, inadequate type-writers, and Conditions, etc.
I am having difficulty get photo Copyies of grievance. I am kindly asking the Court to make grievance photo Copying for me, and send me Copies back for my records. I been tried to get these grievance photo Copying for months, and the librarians denied me these Copies.
I mailed this materials out on Sept 24, 2007, but it returned back to me around Oct. 5, 2007. due to over weights. I've included the Customer Sticker below to prove it. I am returning the materials, but this time in separate packages. For example (1 of 1) (1 of 2) (1 of 3), etc.

Please returned me grievance photo copying back.
Thank you for your time and for Considering this matter.
I'm looking forward for the Grievance photo copying returned to me.

Respectfully: Bobby Lee Harrison

(Note.) In March, 2008 the lawlibrary final gave me photo Copies of grievances.

**Important Customer Information**
We regret that your mail was not collected or is being returned to you due to heightened security requirements. All mail *that bears postage stamps and weighs more than 13 ounces MUST be* taken by the customer to a retail service associate at a Post Office.
United States Postal Service          JULY 2007 DECDDD2

Clerk of the U.S. District Court  Case #: 08CV2140    Bobby Lee Harrison
Prisoner Correspondence   **RETURNED**            2004 007 2892
United States Courthouse                           Div. 10  2C
                          MAR 3 1 2008             P.O. Box 089002
219 South Dearborn Street                          Chicago Illinois 60608.
Chicago Illinois 60606   MICHAEL W. DOBBINS        March 24, 2008
                         CLERK, U.S. DISTRICT COURT

Dear Clerk, I sent this Claim to the court on Sept. 28, 2007. It was returned back to me around 2 weeks later. Stamp All mail that bears postage stamps and weighs more than 13 ounces Must be taken by the Customer to a retail service associate at a post office. I included that stamp listed on my original letter listed below for proof. However, I rewritten some of the Claim over, now, I am returning it back to the District Court, in separate sections, due to the size of the package. I included the Forma Pauperis Application and Financial Affidavit, and the Account Sheet. I also sending a copy of the Court order from my Criminal Judge. If the Court pleases, send me a copy of the Court order back because the Jail Clerk was unable to make copies of the Court order.

I will send the Grievance copies when I get photocopying. Thank you for your time and for considering this matter. I will also send more materials pretaining to this Claim in around a week. I have including my new balance, and I have also included the motion for Appointment of Counsel.

I attempted to mail this claim again, and didn't have the postages on Oct. 23, 2007. I'm putting it in the mail at the Cook County Corrections tonight at 4:00 P.M. March 24, 2008.

### Law library Claim
I forgot to put this letter in my Complaint on the Cook law libraries.

I look forward to hearing from you soon.

Sincerely Bobby Lee Harrison



**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

MICHAEL W. DOBBINS
CLERK

Case #: 08CV2140

*Prisoner Correspondence

Date: 3-31-08

In response to your enclosed request, please see the box or boxes checked:

☐ This court does not have the requested forms. Check with your law library or the public library.

☐ Communications to the court (such as letters sent to the judge) without a certificate of service to the opposing party(s) are what the law calls "ex parte" and will not be considered by the court. All court filings must be in the form of pleadings, with the case name, number, and caption, and served on opposing parties, in order to comply with Fed.R.Civ.P. 5.

☒ The enclosed material contains no case number or case title. Without that information the document cannot be processed. Accordingly, the material you submitted to this office is being returned to you. See Fed.R.Civ.P. 10(e).

☐ Pursuant to *Antonelli v. Sheahan*, 81 F. 3d 1422, 1431 (7th Cir. 1996), mail from the Clerk of the Court is not privileged mail and can be opened outside the presence of the prisoner. *See also, Jones v. Sheahan*, 2002 WL 959814 (N.D. IL.).

☐ As the court has previously ordered, you must pay the full filing fee, in installments if so ordered, in all cases filed in this court.

☐ Check with the trust fund officer at your institution to determine the status of payment of your court filings fees.

☐ Status request: As of this date the Court has taken no action on the requested case. When an order is entered, your will promptly be notified by mail.

☐ Status request: Attached is the latest docket entry in your case.

☐ It is the responsibility of the party filing the documents to serve the opposing side and to file a certificate of service indicating who was served, who made the service, when and how this service was made. For the above reasons, your service copies are being returned to you. See Fed.R.Civ.P. 5.

☐ Please be advised that we are not attorneys and are prevented by federal law from answering questions of a legal nature. We are also prohibited from interpreting the rules. You should direct your questions to an attorney who will be able to give you the legal advice you seek, or to contact the law library at your institution. We regret that we cannot assist you in this matter.

*The Prisoner Correspondence Office is the part of the Clerk's Office which processes all mail from inmates.
Continued on reverse side

☐ Contact: Attorney Registration and Disciplinary Commission of the Illinois Supreme Court (ARDC)
   One Prudential Plaza
   130 E. Randolph Drive
   Chicago IL 606901

☐ Contact: Clerk of the Circuit Court of Cook County
   Richard J. Daley Center
   Chicago IL 60601

☐ For copies of collected bound reported court opinions, contact:
   Sale Department, West Publishing
   P.O. Box 3526
   St. Paul MN 55165

☐ Local Rule 5.1 requires that "all materials shall be filed in the divisional office of the division to which the case is assigned." Your case is assigned to the **Western Division**. Send all requests and documents related to this case to the Western Division at:
   U.S. District Court for the Northern District of Illinois
   211 South Court St. - Room 252
   Rockford IL 61101

☐ For a copy of Local Rules for U.S. District Court, Northern District of Illinois, the fee is $10.50 payable to Clerk, U.S. District Court. Send the fee and your request to:
   Clerk, U.S. District Court
   Attn: Cashier
   219 S. Dearborn - 20th floor
   Chicago IL 60604

☐ For a copy of the Federal Rules of Civil, Criminal, Bankruptcy, Evidence or Appellate Procedures, contact:
   Superintendent of Documents
   U.S. Government Printing Office
   Washington D.C. 20402

☐ Pursuant to Local Rule 5.6, no pleading, motion [except for motion to intervene], or other document shall be filed in any case by any person who is not a party thereto, unless approved by the court. Without such an order, the clerk shall not accept any document sent in by a person who is not a party.

☐ We cannot comply with your request to backdate stamp your documents. Received stamped copies for return to you must be received at the time of filing. Accordingly, your documents are being returned to you.

☐ You filed your case under your alias and not the name under which you are incarcerated. Your mail at the institution must be addressed to you under your institutional name. Therefore, unless you inform the court in writing of your correct name, and ask the court to remove your alias name, you will not receive any further notices from the court.

requestform.wpd
Updated 6/15/04