MHN

FILED
APR 2 4 2008 aw
4-24-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Bobby Lee Harrison 20040072892

Plaintiff(s)

v.

COUNTY OF COOK ILLINOIS, THOMAS DART
SALVADOR GODINEZ,
V. ALEXANDER,
 Defendant(s)
L. HOPPER
CARETTA C. LAKE,
Ms. JONES → First name is unknown at this time.

Case Number: 08CV2140

Judge Kennelly

## MOTION FOR APPOINTMENT OF COUNSEL

1. I, Bobby Lee Harrison, declare that I am the (check appropriate box)
   ☒ plaintiff ☐ defendant in the above-entitled proceeding and state that I am unable to afford the services of an attorney, and hereby request the Court to appoint counsel to represent me in this proceeding.

2. In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this proceeding:

3. In further support of my motion, I declare that (check appropriate box):

   ☐ I am not currently, nor previously have been, represented by an attorney appointed by the Court in this or any other civil or criminal proceeding before this Court.

   ☒ I am currently, or previously have been, represented by an attorney appointed by this Court in the proceeding(s) described on the back of this page.

4. In further support of my motion, I declare that (check appropriate box):

   ☒ I have attached an original Application to Proceed In Forma Pauperis in the proceeding detailing my financial status. Included in my Complaint I mailed on March 24 2008.

   ☒ I have previously filed an Application to Proceed In Forma Pauperis in this proceeding and it is a true and correct representation of my financial status.

   ☐ I have previously filed an Application to Proceed In Forma Pauperis in this proceeding; however, my financial status has changed and I have attached an amended Application to Proceed In Forma Pauperis to reflect my current financial status.

5. I declare under penalty that the foregoing is true and correct.

Bobby Lee Harrison
Movant's Signature

Divison 10 2-C.
P.O. Box 089002
Street Address

Chicago Illinois 60608.
City/State/Zip

As indicated in paragraph three on the opposite page, I am currently, or previously have been, represented by an attorney appointed by this Court in the following civil or criminal action(s):

| Assigned Judge | Case Number |
|---|---|
| Honorable Judge Matthew F. Kennelly | |
| **Case Title** HARRISON v. COUNTY OF COOK, ILLINOIS, and THOMAS DART | |
| **Appointed Attorney's Name** SCHIFF HARDIN LLP, Marla Shade Harris | |
| If case is still pending, please check box: ✓ | |

| Assigned Judge | Case Number |
|---|---|
| Case Title | |
| Appointed Attorney's Name | |
| If case is still pending, please check box: | |

| Assigned Judge | Case Number |
|---|---|
| Case Title | |
| Appointed Attorney's Name | |
| If case is still pending, please check box: | |

| Assigned Judge | Case Number |
|---|---|
| Case Title | |
| Appointed Attorney's Name | |
| If case is still pending, please check box: | |



**\*\*TRANSACTION REPORT\*\***
Print Date: 03/25/2008

Inmate Name: HARRISON, BOBBIE          Balance:    $173.34
Inmate Number: 20040072892
Inmate DOB: 12/26/1958

| Stamp | Transaction | Amount | Balance |
|---|---|---|---|
| 03/19/2008 | ORDER DEBIT | -54.18 | 173.34 |
| 03/12/2008 | CREDIT | 200.00 | 227.52 |
| 03/12/2008 | ORDER DEBIT | -23.23 | 27.52 |
| 03/06/2008 | RELEASE FUNDS | -12.69 | 50.75 |
| 03/05/2008 | ORDER DEBIT | -26.68 | 63.44 |
| 02/28/2008 | CREDIT | 50.00 | 90.12 |
| 02/28/2008 | CREDIT | 20.00 | 40.12 |
| 02/28/2008 | CREDIT | 10.00 | 20.12 |
| 02/28/2008 | CREDIT | 10.00 | 10.12 |
| 02/06/2008 | ORDER DEBIT | -0.28 | 0.12 |
| 01/30/2008 | ORDER DEBIT | -1.20 | 0.40 |
| 01/23/2008 | ORDER DEBIT | -0.80 | 1.60 |
| 01/16/2008 | ORDER DEBIT | -30.60 | 2.40 |
| 01/09/2008 | ORDER DEBIT | -23.23 | 33.00 |
| 01/04/2008 | RELEASE FUNDS | -14.05 | 56.23 |
| 01/03/2008 | CREDIT | 20.00 | 70.28 |
| 01/03/2008 | CREDIT | 50.00 | 50.28 |
| 01/02/2008 | ORDER DEBIT | -1.18 | 0.28 |
| 12/24/2007 | ORDER DEBIT | -20.76 | 1.46 |
| 12/21/2007 | RETURN CREDIT | 1.80 | 22.22 |
| 12/19/2007 | ORDER DEBIT | -16.01 | 20.42 |
| 12/12/2007 | RELEASE FUNDS | -16.81 | 36.43 |
| 12/11/2007 | ORDER DEBIT | -11.46 | 53.24 |
| 12/11/2007 | CREDIT | 15.00 | 64.70 |
| 12/11/2007 | CREDIT | 20.00 | 49.70 |
| 12/11/2007 | CREDIT | 10.00 | 29.70 |
| 12/11/2007 | CREDIT | 10.00 | 19.70 |
| 11/27/2007 | ORDER DEBIT | -17.20 | 9.70 |
| 11/18/2007 | ORDER DEBIT | -23.25 | 26.90 |
| 11/14/2007 | CREDIT | 20.00 | 50.15 |
| 11/14/2007 | CREDIT | 20.00 | 30.15 |
| 11/14/2007 | CREDIT | 10.00 | 10.15 |
| 10/25/2007 | ORDER DEBIT | -1.35 | 0.15 |
| 10/17/2007 | ORDER DEBIT | -25.24 | 1.50 |
| 10/04/2007 | ORDER DEBIT | -31.65 | 26.74 |
| 09/27/2007 | LAW LIBRARY | -0.75 | 58.39 |
| 09/19/2007 | ORDER DEBIT | -11.23 | 59.14 |