CLERK OF THE U.S. DISTRICT COURT
Prison Correspondence
UNITED STATE COURT HOUSE (April 14, 2008)
219 South DEARBORN St.
Chicago Illinois 60604.

FILED
4-28-2008
APR 28 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Bobby Lee Harrison QHN
2004 007 2892
DIV. 10 2a
P.O. Box 089002
Chicago Illinois 60608.

08C2140

Dear Clerk, this is around my forth attempted to mail this Lawlibrary claim to the District Court, - on every attempet it was returned back to me. First attempted in September 2007. The last attempt was in March 2008. due to the lack of postage. The Lawlibrary put postage on indigent detainees Legal Mail. The Jail Clerk has failed to put the adequate postages on the Legal Mails which resulted into the Mails being returned to the Senders. once the Mails returned back to me, Someone intercepted the Mails and opened it out of my presence, dispite the label states: LEGAL MAIL-OPEN IN PRESENCE OF IMATE. In March, I sent 3 Legal enverlopes, and only 2 enverlopes returned back to me. Each package had around the same amount of postages, and around the same amount of Materials. May be the other package got through. If so, you can return it back to me because I've made a few changes. I have remail$^{ed}$ a complete package pretaining 3 Legal enverlopes with 3 section in each Legal enverlope.

I am requesting a copy of this letter back for my records. Please Clerk, return me a copy of my letter. "Note" I have included a copy of the enverlopes that was returned to me. Thank you for your time, and for considering this Matter. I look forward to receiving this copy soon.
(Note: If any thing missing pretaining to this claim like Certificate, forma pauperis, motion for counsel, ect, because I am not sure what the Court have received; Please let me know.)

May God bless you

Respectfully, Bobby L. Harrison



LEGAL MAIL - OPEN IN PRESENCE OF INMATE

FOR POSTAGE
SENDER: $3.01
Remove Label, Affix Postage, and Remail

Customer Information

All mail that bears security requirements. All mail that weighs more than 13 ounces MUST be taken by the customer to a retail service associate at a Post Office.
United States Postal Service

JULY 2007 DECDDD2

RETURNED TO SENDER

Legal Mail

POSTAGE DUE
SURFACE TRANSPORTATION ONLY
Label 127
October 2000
02-0358

Bobby Lee Harrison
2004 007 2892
Div. 10 2C
P.O. Box 089002
Chicago Illinois 60608.

ORDER                                    CCG N002-300M-2/28/05(43480658)

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

People of the State of Illinois

v.

Bobbie Harrison

EXHIBIT

08C2140

No. 04CR-23279

FILED
APR 28 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

ORDER

It is hereby ordered by the court that defendant Bobby Harrison may be allowed to go to the Law Library two times per week while in the Cook County Jail. Defendant is representing himself Pro Se.

ENTERED
JUDGE MICHELE SIMMONS - 1832
OCT 16 2006
DOROTHY BROWN
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY, IL
DEPUTY CLERK

Atty. No.: _____
Name: _____
Atty. for: _____
Address: _____
City/State/Zip: _____
Telephone: _____

ENTERED:

Dated: 10/14/    , 04

_____
Judge                    Judge's No.

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**