MHN

# United States District Court for the Northern District of Illinois

Case Number: **08 C 2140**     Assigned/Issued By: _aeu_

---

## FEE INFORMATION

**Amount Due:**   ☐ $350.00   ☐ $39.00   ☐ $5.00

☐ IFP   ☐ No Fee   ☐ Other _____

☐ $455.00

No. Service copies _3 additional complaints_   Date: _4-28-08_

*(For use by Fiscal Department Only)*

Amount Paid: _X_   Receipt #: _X_

Date Payment Rec'd: _____   Fiscal Clerk: _____

---

## ISSUANCES

☐ Summons   ☐ Alias Summons

☐ Third Party Summons   ☐ Lis Pendens

☐ Non Wage Garnishment Summons   ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons

☐ Citation to Discover Assets

(name of victim, who it's against and $ amount)

☐ Writ _____
(Type of Writ)

Original and ____ copies on _____ as to _____
(Date)

C:\wpwin80\docket\feeinfo.frm    04/10/06