

# United States District Court for the Northern District of Illinois

Case Number: __08C2140__   Assigned/Issued   By: __aew__

## FEE INFORMATION

**Amount Due:**  ☐ $350.00   ☐ $39.00   ☐ $5.00

☐ IFP   ☐ No Fee   ☐ Other _____

☐ $455.00

No. Service copies __3 additional complaints__   Date: __5-2-08__
*(For use by Fiscal Department Only)*

Amount Paid: __✗__   Receipt #: __✗__

Date Payment Rec'd: __✗__   Fiscal Clerk: _____

## ISSUANCES

☐ Summons
☐ Third Party Summons
☐ Non Wage Garnishment Summons
☐ Wage-Deduction Garnishment Summons
☐ Citation to Discover Assets
☐ Writ _____
(Type of Writ)

☑ Alias Summons
☐ Lis Pendens
☐ Abstract of Judgment

_____
_____
(name of victim, who it's against and $ amount)

Original and _____ copies on _____ as to _____
(Date)

C:\wpwin80\docket\feeinfo.frm   04/10/06