

## United States District Court for the Northern District of Illinois

Case Number: **08 C 2140**   Assigned/Issued   By: **MB**

---

### FEE INFORMATION

**Amount Due:**   ☐ $350.00   ☐ $39.00   ☐ $5.00

☐ IFP   ☐ No Fee   ☐ Other _____

☐ $455.00

No. Service copies **3 additional Complaints**   Date: **5-5-08**

*(For use by Fiscal Department Only)*

Amount Paid: ____X____   Receipt #: ____X____

Date Payment Rec'd: ____   Fiscal Clerk: ____

---

### ISSUANCES

☐ Summons   ☐ Alias Summons

☐ Third Party Summons   ☐ Lis Pendens

☐ Non Wage Garnishment Summons   ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons   _____

☐ Citation to Discover Assets   (name of victim, who it's against and $ amount)

☐ Writ _____
(Type of Writ)

Original and ____ copies on ____ as to _____
(Date)

C:\wpwin80\docket\feeinfo.frm   04/10/06