FILED
MAY - 9 2008
May 9 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Plaintiff(s)  )
            )
    v.      )   08cv2140
            )   Case Number: 08C 2140
Defendant(s) )
            )   Judge MATTHEW F. KENNELLY
            )
            )
            )

## MOTION FOR APPOINTMENT OF COUNSEL

1. I, Bobby Lee Harrison, declare that I am the (check appropriate box)
   ☑ plaintiff  ☐ defendant in the above-entitled proceeding and state that I am unable to afford the services of an attorney, and hereby request the Court to appoint counsel to represent me in this proceeding.

2. In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this proceeding:

3. In further support of my motion, I declare that (check appropriate box):

   ☐ I am not currently, nor previously have been, represented by an attorney appointed by the Court in this or any other civil or criminal proceeding before this Court.

   ☑ I am currently, or previously have been, represented by an attorney appointed by this Court in the proceeding(s) described on the back of this page.

4. In further support of my motion, I declare that (check appropriate box):

   ☐ I have attached an original Application to Proceed In Forma Pauperis in the proceeding detailing my financial status.

   ☑ I have previously filed an Application to Proceed In Forma Pauperis in this proceeding and it is a true and correct representation of my financial status.

   ☐ I have previously filed an Application to Proceed In Forma Pauperis in this proceeding; however, my financial status has changed and I have attached an amended Application to Proceed In Forma Pauperis to reflect my current financial status.

5. I declare under penalty that the foregoing is true and correct.

        Bobby Lee Harrison
        Bobby Lee Harrison
        Movant's Signature

        Div. 10 2C  P.O. Box 089002
        ~~~~~~~~~~~~~~~~~~~~~~~~
        Street Address

        Chicago Illinois, 60608
        City/State/Zip

Date: May 5, 2008

As indicated in paragraph three on the opposite page, I am currently, or previously have been, represented by an attorney appointed by this Court in the following civil or criminal action(s):

| Assigned Judge | Case Number |
|---|---|
| The Honorable Matthew F. Kennelly | |
| Case Title | |
| | |
| Appointed Attorney's Name | Phone #: 312 258-5573 or 312 258-5822 |
| Schiff Hardin LLP 6600 Sears Tower, Chicago, Illinois 60608 | |
| If case is still pending, please check box: ☐ | |

| Assigned Judge | Case Number |
|---|---|
| | |
| Case Title | |
| | |
| Appointed Attorney's Name | |
| | |
| If case is still pending, please check box: ☐ | |

| Assigned Judge | Case Number |
|---|---|
| | |
| Case Title | |
| | |
| Appointed Attorney's Name | |
| | |
| If case is still pending, please check box: ☐ | |

| Assigned Judge | Case Number |
|---|---|
| | |
| Case Title | |
| | |
| Appointed Attorney's Name | |
| | |
| If case is still pending, please check box: ☐ | |