Bobby L. Harrison
200400 72892  CH
Div. 10-2C
P.O. Box 089002
Chicago, IL 60608

08 C 2140

Case # 08C2140

Judge MATTHEW F. KENNELLY

CLERK OF THE U.S. DISTRICT COURT
Prisoner Correspondence
United States Court House
219 South Dearborn Street
Chicago, IL 60604

FILED
MAY 9 2008
May 9 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

May 5, 2008

Dear Clerk, I did sent the Informa Pauperis Application off around 3 weeks ago to Case 08C 2140. Nevertheless part of the Materials returned back to me due to lack of postages. After that I resent the whole case, as I was I resubmitted the whole Claim back to the District Court with adequate postage. And the Informa Pauperis was included. I like to know did the Court received the Complete Package of 3 legal envuerlopes, each envuerlope obtained 3 Section which made a Section.
I included (3) Informa Pauperis and a Copy of the District Court Letter. And (3) Motion for Appointment of Counsel,

Thank you for your time and for considering this matter I look forward to hearing from you soon.

Respectfully,
Bobby Harrison

Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | MATTHEW F. KENNELLY | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 C 2140 | DATE | April 29, 2008 |
| CASE TITLE | Bobby Lee Harrison (#2004-0072892) vs. County of Cook, et al. | | |

**DOCKET ENTRY TEXT:**

Plaintiff is granted thirty days in which either to file an *in forma pauperis* application on the enclosed form with the information required by 28 U.S.C. § 1915(a)(2) or pay the full $350 filing fee. The Clerk is directed to send Plaintiff an i.f.p. application along with a copy of this order. Failure of Plaintiff to comply within thirty days of the date of this order will result in summary dismissal of this case.

■ [For further details see text below.]  Docketing to mail notices.

## STATEMENT

Plaintiff, a state prisoner, has submitted a *pro se* civil rights complaint under 42 U.S.C. § 1983 but has failed either to pay the statutory filing fee or to file a petition for leave to proceed *in forma pauperis*. The Prison Litigation Reform Act requires all inmates to pay the full filing fee, even those whose cases are summarily dismissed. In all prisoner civil lawsuits, the Court must assess an initial partial filing fee. *See* 28 U.S.C. § 1915(b)(1). The Court will direct correctional officials to deduct the initial filing fee payment directly from Plaintiff's trust fund account. Thereafter, correctional authorities having custody of Plaintiff will be authorized and ordered to make monthly payments to the Court of 20% of the preceding month's income credited to the trust fund account until such time as the full filing fee is paid.

To enable the Court to make the necessary assessment of the initial partial filing fee, Plaintiff must "submit a certified copy of the trust fund account statement (or institutional equivalent) for the prisoner for the 6-month period immediately preceding the filing of the complaint or notice of appeal, obtained from the appropriate official of each prison at which the prisoner is or was confined." 28 U.S.C. § 1915(a)(2). Therefore, if Plaintiff wishes to proceed with this case by making installment payments instead of paying the full filing fee in advance, he must file an *in forma pauperis* application on the form required by the rules of this court, together with a certified copy or copies of his trust fund statements reflecting all activity in his accounts in the past six months [that is, from October 1, 2007, through April 1, 2008].
(CONTINUED)

mjm

| STATEMENT (continued) |
|---|

Plaintiff must, within thirty days, **either** file an *in forma pauperis* application on the enclosed form with the information required by 28 U.S.C. § 1915(a)(2) **or** pay the full $350 filing fee. The Clerk will furnish Plaintiff with an *in forma pauperis* application along with a copy of this order. Failure of Plaintiff to comply within thirty days of the date of this order will result in summary dismissal of this case.

Plaintiff is reminded that he must provide the Court with the original plus a judge's copy of every document filed. Furthermore, every document filed must bear Plaintiff's original [not photocopied] signature.

Cook County Department of Corrections
2700 South California Avenue
Chicago, Illinois 60608

*Copies of the payment slips for the Law libraries*

08C 2140

## AUTHORIZATION TO RELEASE FUNDS
## FOR LAW LIBRARY PHOTOCOPYING

Date: 12/8/06

I, **Bobbie Harrison**   ID.# 2004-0072892
  (Detainee's Full Name - Printed)
Division ____   Living Unit **G2**
hereby authorize the release of the sum of: $ **1.10**   *One dollar ten cents*
to the Department of Corrections Inmate Welfare Fund for Law Library Photocopying.
This charge is for photocopying requests in excess of the allowed amount.
I understand that these funds will be charged to my Trust Account.

Detainee's Signature: _[signed]_
Witnessed By: _[signed]_
  (Law Librarian)

White - Trust Dept,  Canary - Library,  Pink - Detainee

---

Cook County Department of Corrections
2700 South California Avenue
Chicago, Illinois 60608

## AUTHORIZATION TO RELEASE FUNDS
## FOR LAW LIBRARY PHOTOCOPYING

Date: 3-24-2008

I, **BOBBY HARRISON**   ID.# 2004-0072892
  (Detainee's Full Name - Printed)
Division **10**   Living Unit **2-C**
hereby authorize the release of the sum of: $ **4.35**   *Five Dollars and Thirty-Five Cents*
to the Department of Corrections Inmate Welfare Fund for Law Library Photocopying.
This charge is for photocopying requests in excess of the allowed amount.
I understand that these funds will be charged to my Trust Account.

Detainee's Signature: _[signed]_
Witnessed By: _[signed]_
  (Law Librarian)

White - Trust Dept,  Canary - Library,  Pink - Detainee

Cook County Department of Corrections
2700 South California Avenue
Chicago, Illinois 60608

### AUTHORIZATION TO RELEASE FUNDS FOR LAW LIBRARY PHOTOCOPYING

Date: 1-4-07

I, _[illegible]_  ID # _____-___-___
(Detainee's Full Name - Printed)
Division ___1___   Living Unit _G2_
hereby authorize the release of the sum of: $ _2.10_, _Two dollars and ten (?)_
to the Department of Corrections Inmate Welfare Fund for Law Library Photocopying.
This charge is for photocopying requests in excess of the allowed amount.
I understand that these funds will be charged to my Trust Account.

Detainee's Signature: _[signature]_
Witnessed By: _C. Richardson_
(Law Librarian)

White - Trust Dept, Canary - Library, Pink - Detainee

---

Cook County Department of Corrections
2700 South California Avenue
Chicago, Illinois 60608

### AUTHORIZATION TO RELEASE FUNDS FOR LAW LIBRARY PHOTOCOPYING

Date: 9/17/07

I, _Troy Harrison_  ID # _2004-0072892_
(Detainee's Full Name - Printed)
Division _10_   Living Unit _2-D_
hereby authorize the release of the sum of: $ _.75_, _Seventy-Five cent_
to the Department of Corrections Inmate Welfare Fund for Law Library Photocopying.
This charge is for photocopying requests in excess of the allowed amount.
I understand that these funds will be charged to my Trust Account.

_is over .05¢_
_.05¢_

Detainee's Signature: _[signature]_
Witnessed By: _[signature]_
(Law Librarian)

White - Trust Dept, Canary - Library, Pink - Detainee

---

Cook County Department of Corrections
2700 South California Avenue
Chicago, Illinois 60608

### AUTHORIZATION TO RELEASE FUNDS FOR LAW LIBRARY PHOTOCOPYING

Date: 4/14/08

I, _Roger Williams_  ID # _2006-0071090_
(Detainee's Full Name - Printed)
Division _10_   Living Unit _____
hereby authorize the release of the sum of: $ _7.00_, _Seven dollars and no cents_
to the Department of Corrections Inmate Welfare Fund for Law Library Photocopying.
This charge is for photocopying requests in excess of the allowed amount.
I understand that these funds will be charged to my Trust Account.

Detainee's Signature: _Roger Williams_
Witnessed By: _M. Keil_
(Law Librarian)

White - Trust Dept, Canary - Library, Pink - Detainee

Cook County Department of Corrections
2700 South California Avenue
Chicago, Illinois 60608

## AUTHORIZATION TO RELEASE FUNDS
## FOR LAW LIBRARY PHOTOCOPYING

Date: 12/4/07

I, Bobby Harrison, ID.# 2004-0074414
(Detainee's Full Name - Printed)
Division 12  Living Unit 2C

hereby authorize the release of the sum of: $1.45 One Dollar Forty 5 Cent
to the Department of Corrections Inmate Welfare Fund for Law Library Photocopying.
This charge is for photocopying requests in excess of the allowed amount.
I understand that these funds will be charged to my Trust Account.

89 10/01
89 over C
.5¢

Detainee's Signature: Bobby Lee Harrison

Witnessed By: _____
(Law Librarian)

White - Trust Dept, Canary - Library, Pink - Detainee

---

**COOK COUNTY DEPARTMENT OF CORRECTIONS**

Date: 5/17/07

To: Property Section – Div. 5
2700 S. California Ave.

I, detainee Bobby Lee Harrison (PRINT - detainee name) the undersigned, am incarcerated in the C.C.D.O.C. and unable to personally call for my property described as follows:

PROPERTY Excluding: Money and Clothing
OTHER: _____

I, herewith authorized the release of this property to the bearer of this letter.

Recipient's Name: _____
Recipient's Address: _____
Recipient's ID Presented: _____

Detainee's Signature: _____
CCDOC - ID # 2004-0072892
Division: 1  Living Unit: G2

Witnessed By: _____ Title: _____
(Program Services - Authorized Signature)

*Note: This transaction MUST be completed on the date listed above.*

---

Cook County Department of Corrections
2700 South California Avenue
Chicago, Illinois 60608

## AUTHORIZATION TO RELEASE FUNDS

Date: 4/18/07

I, Bobby Lee Harrison, ID.# 2004-0072892, Div. 1, Living Unit G2-10
(Detainee's Full Name - Printed)

hereby authorize the release of the sum of $ 10.00 - Ten 00 Dollars
to Mr./Ms. Cermak Health Service of Cook County
(Recipient's Full Name - Printed) (Street Address) (City & State)

who is my _____ . ( Identification presented: _____ )
(Relationship)

I understand that the Cook County Department of Corrections assumes NO liability for these funds after their receipt by the party named above. This transaction MUST be completed on the date listed above.

Detainee's Signature: Bobby Lee Harrison
Recipient's Signature: Soc Work Dep
Received by: Soc Work Dep

Witnessed by: _____
(Program Services - Authorized Signature)
Disbursed by: _____

Form 99FS01 (revised 9/99)

Cook County Department of Corrections
2700 South California Avenue
Chicago, Illinois 60608

## AUTHORIZATION TO RELEASE FUNDS
## FOR LAW LIBRARY PHOTOCOPYING

Date: 12/18/06

I, **Bobbie Harrison**   ID.# 2004-0072892
(Detainee's Full Name - Printed)
Division __1__   Living Unit __G-2__
hereby authorize the release of the sum of: $ __0.90__ Ninety cents
to the Department of Corrections Inmate Welfare Fund for Law Library Photocopying.
This charge is for photocopying requests in excess of the allowed amount.
I understand that these funds will be charged to my Trust Account.

Detainee's Signature: _____
Witnessed By: _____
(Law Librarian)

White - Trust Dept,  Canary - Library,  Pink - Detainee

---

Cook County Department of Corrections
2700 South California Avenue
Chicago, Illinois 60608

## AUTHORIZATION TO RELEASE FUNDS
## FOR LAW LIBRARY PHOTOCOPYING

Date: 2-6-07

I, **Bobby Lee Harrison**   ID.# 004-0072892
(Detainee's Full Name - Printed)
Division __1__   Living Unit __2 G__
hereby authorize the release of the sum of: $ __1.50__ One dollar + fifty cents
to the Department of Corrections Inmate Welfare Fund for Law Library Photocopying.
This charge is for photocopying requests in excess of the allowed amount.
I understand that these funds will be charged to my Trust Account.

Detainee's Signature: _____
Witnessed By: C. Richardson
(Law Librarian)

White - Trust Dept,  Canary - Library,  Pink - Detainee

---

Cook County Department of Corrections
2700 South California Avenue
Chicago, Illinois 60608

## AUTHORIZATION TO RELEASE FUNDS
## FOR LAW LIBRARY PHOTOCOPYING

Date: 12/15/06

I, **Bobby Harrison**   ID.# 2004-0072892
(Detainee's Full Name - Printed)
Division __1__   Living Unit __G-2__
hereby authorize the release of the sum of: $ __3.40__ Three dollars forty cents
to the Department of Corrections Inmate Welfare Fund for Law Library Photocopying.
This charge is for photocopying requests in excess of the allowed amount.
I understand that these funds will be charged to my Trust Account.

Detainee's Signature: _____
Witnessed By: _____
(Law Librarian)

White - Trust Dept,  Canary - Library,  Pink - Detainee