District Court
219 Dearborn St
Chicago IL 60604,

Bobby Lee Harrison
2004 007 2392
Divison 10 1-A
P. O. Box 089002
Chicago, IL 60608

Case 08C 2140
Judge: Matthew F. Kennelly

Dear Clerk, I would like for you to send me a copy of the Affidavit back for my records. However, as soon as ink pens are availbre I will file the amended Complaint. I was not able to get a copy of the (Motion for Extention) will you please make copies and return me a copy. I have included these documents in this Mail.

**FILED**

JUN 1 6 2008 MB

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT.

Thank you for your time, and for considering this matter I look forward to these copies in the mail

Respectfully Submitted
Bobby Lee Harrison