## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | MATTHEW F. KENNELLY | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2140 | **DATE** | June 20, 2008 |
| **CASE TITLE** | Bobby Lee Harrison (#2004-0072892) vs. County of Cook, et al. | | |

**DOCKET ENTRY TEXT:**

Plaintiff's motion for an extension of time [#20] is granted. Plaintiff is granted a single extension of thirty days, through 7/22/08, to submit an amended complaint (plus judge's and service copies). Plaintiff is advised that he may prepare his amended complaint with a pencil if a pen is unavailable him. Plaintiff is once again reminded that he must provide the Court with the original plus a judge's copy of every document filed. In the future, the Court may strike without considering any document filed that fails to comport with this basic filing requirement.

**Docketing to mail notices.**

mjm