IN THE NORTHERN DISTRICT OF Illinois
Clerk office
219 South Dearborn St
Chicago Illinois 60604      June 30, 08

08C2140

Bobby Lee Harrison
20090072892
Div. 10 1-A
P.O. Box 089002
Chicago Illinois 60608.

Dear Clerk, the County have not provide the detainees will ink pens for approximately 2 months. I was told due to exchanged contract. There nothing posted informing us of any temeprary accommodations. Information an belief that it's maybe another 2 to 3 weeks before these elements is made available to detainees. There is only around 2 pens on the deck and detainees is not too kindly in lending them out. Because of that I am asked the court for an 30 day extension to do my Amendment. I have included the Materials in this legal letter to proved my allegations. Nevertheless I don't have typing experiencing.

**FILED**
JUL 7 2008
Jul 7, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Sincerely Bobby Lee Harrison

Revised 9/2007