## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew F. Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2140 | **DATE** | 7/15/2008 |
| **CASE TITLE** | Harrison vs. Cook County | | |

**DOCKET ENTRY TEXT**

Plaintiff has moved for a further 30 day extension of time to file his amended complaint on the ground that "ink pens" are unavailable to him. The Court explained to defendant nearly four weeks ago that he would get only a single extension of time and that he should file his amended complaint in pencil if a pen is unavailable. The Court denies plaintiff's motion for a 30 day extension [docket no. 24] and grants him, as an accommodation, an extension of time through 7/29/08. Plaintiff is advised that the Court will dismiss the case unless it receives an amended complaint (whether typed, in ink, or in pencil) by that date.

Docketing to mail notices.

| | Courtroom Deputy Initials: | mk |
|---|---|---|