IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Name of Plaintiff
BOBBY LEE HARRISON

vs

County of Cook, et al.

Case #: 08C 2140

Judge MATTHEW F. KENNELLY

FILED
JUL 2 1 2008 MB
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## MOTION FOR LEAVE TO INCORPORATE ADDITIONAL PAGES

(1). Because the Complex of this Case plaintiff think he will be unable to fit his Claims into the Space provided on the Court's Amended Complaint form. Plaintiff have numerous allegations to list. Thus the Courts do not provided but 2 Sheets to write the Complaints on. Therefore, the plaintiff estimates approxiately 2 more pages inorder to finalize the Complaint.

(2). As of today July 7th 2008 plaintiff has not been able to obtain an instrument for his own personal use. (Ink Pens, or Pencils)

WHEREFORE: The plaintiff prays that this Court will grant his additional two (2) pages to Amended his Complaint.

On this 7th day of July 2008

Respectfully Submitted
Bobby Lee Harrison