# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew F. Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2140 | **DATE** | 7/24/2008 |
| **CASE TITLE** | Harrison vs. Cook County | | |

**DOCKET ENTRY TEXT**

Plaintiff's motion to incorporate additional pages is granted [# 26]. Plaintiff has also filed a "motion for leave to file a supplemental complaint." Because the Court ordered plaintiff to file an amended complaint, plaintiff does not need further permission to do so. If plaintiff is asking whether he may add new defendants or additional related allegations, he may do so, subject to the Court's later determination whether such additions are appropriate. Plaintiff's motion for leave to file a supplemental complaint is therefore terminated [# 27]. The Court again advises plaintiff, however, that the deadline for the Court's receipt of the amended complaint is 7/29/08 and that the Court will not extend that deadline.

Docketing to mail notices.

| | Courtroom Deputy Initials: | mk |
|---|---|---|