CLERK FOR THE U.S. DISTRICT COURT FOR THE NORTHERN OF ILLINOIS

FILED
Aug 1, 2008
AUG 1 2008 MB
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Judge MATTHEW F. KENNELLY

Case 08C2140

## MOTION OF FACTS

The plaintiff Bobby L. Harrison, pro se, moves this Honorable Court to why the plaintiff was not able to meet the July 29 2008 deadline. In Support of this Motion the plaintiff states:

(1) For over 2 months ink pens was not made available for the plaintiff to purchase on the Commissary. Pens was not made available for purchase until July 17, 2008 and pencils is contraband

(2) For the last 2 months postage has not been available for indigent detainees in the Law library in the division 10. The plaintiff requested postages on numerous occasions, and was denied. The recently dates was on July 21, 2008 & July 28, 2008. Without this postage the plaintiff can not mail his Amendment Complaint into the Court, unless the Law library give the plaintiff postage; or unless the plaintiff get money through the mail to mail his Complaint

(3) Because of the restrictions the plaintiff will not be able to meet the July 29 deadline. Therefore, the plaintiff will pursue this case 08C2140 later on if the Court don't object to it. I think I have an arguable claim. My Constitutional have been violated.

Respectfully submitted Bobby L. Harrison

Submitted date 7-28-08

IN THE Northern District Court For The Northern District of Illinois

Case 08C2140

Being Duly Sworn under Oath Bobby Lee Harrison ID 20040072892 Affiant's herein witnessed to that the Law library in the Division 10, do not have Postage at this time!

[ INTENTIONALLY LEFT BLANK ]

■ Witness _____

AFFIANT SIG. Bobby Lee Harrison

Notarized under and by 735 ILCS 5/-109 under penalty of perjury this 29 day of July 2008.

IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT, ILLINOIS

Bobby Lee Harrison )
Plaintiff )
v. )
County of Cook, Illinois, et al. )
)
Defendants )

Case No : 08C 0920

The Honorable Judge Matthew F. Kennelly

PROOF/CERTIFICATE OF SERVICE

To: United States District Court
Office : U.S. Dist. Court Clerk
219 S. Dearborn Street
Chicago IL. 60604

To: Cook County States Attorney
500 Richard J. Daley Center
Chicago IL. 60602

I, Bobby Lee Harrison, swear under penalty of perjury that I served a copy of the attached document on : U.S. District Court Clerk and Assistant States Attorney _____ . By placing it in the mail at the Cook County Jail/Corrections on July 28, 2008 .

Bobby Lee Harrison

Signature Of Plaintiff

Bobby Lee Harrison
P.O. Box 089002
Cook County Corrections
Chicago IL. 60608

Notarized Under and by 735 ILCS 5/1-109 under penalty of perjury this 28th day of July 2008